# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

J.H., by and through his mother and next friend, N.H.; I.B., by and through his parents and next friends, A.B. and I.B., on behalf of themselves and all others similarly situated,

                    Plaintiffs-Petitioners,

   -against-

JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF LOUISIANA; THE LOUISIANA OFFICE OF JUVENILE JUSTICE; EDWARD DUSTIN BICKHAM, IN HIS OFFICIAL CAPACITY AS INTERIM DEPUTY SECRETARY OF THE LOUISIANA OFFICE OF JUVENILE JUSTICE; JAMES WOODS, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE ACADIANA CENTER FOR YOUTH; SHANNON MATTHEWS, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF THE BRIDGE CITY CENTER FOR YOUTH; SHAWN HERBERT, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF THE SWANSON CENTER FOR YOUTH AT MONROE; and RODNEY WARD, IN HIS OFFICIAL CAPACITY AS THE DEPUTY DIRECTOR OF THE SWANSON CENTER FOR YOUTH AT COLUMBIA,

                  Defendants-Respondents.

CIVIL ACTION NO. 3:20-cv-00293-JWD-EWD

CLASS ACTION

## PLAINTIFFS-PETITIONERS' UNOPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

NOW INTO COURT COME Plaintiffs-Petitioners in the above-captioned matter, through undersigned counsel, who move this Honorable Court to grant Plaintiffs-Petitioners leave to file their attached Reply Memorandum in Support of their Motion for Temporary Restraining Order in excess of the 10-page limit. Counsel for Plaintiffs-Petitioners have conferred with counsel for Defendants-Respondents, who do not oppose this motion.

Respectfully submitted this 27th day of May, 2020.

/s/ Mercedes Montagnes

Mercedes Montagnes, La. Bar No. 33287
Nishi Kumar, La. Bar No. 37415
Rebecca Ramaswamy**
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

Marsha Levick, *pro hac vice*
Jessica Feierman*
Karen U. Lindell*
JUVENILE LAW CENTER
1800 JFK Boulevard, Suite 1900A
Philadelphia, PA 19103
Telephone: (215) 625-0551
Email: mlevick@jlc.com

Stuart Sarnoff, *pro hac vice*
Lisa Pensabene**
Laura Aronsson, *pro hac vice*
Mariam Kamran, *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: ssarnoff@omm.com

Brandon Amash, *pro hac vice*
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Email: bamash@omm.com

John Adcock
La. Bar No. 30372
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Telephone: (504) 233-3125
Email: jnadcock@gmail.com

Benjamin Singer, *pro hac vice*
Jason Yan, *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Email: bsinger@omm.com

David Lash, *pro hac vice*
O'MELVENY & MYERS LLP
400 South Hope Street
18th Floor

1

Los Angeles, CA 90071
Telephone: 213-430-6000
Email: dlash@omm.com


*Attorneys for Plaintiffs*

\*Pro hac vice pending
\*\*Pro hac vice to be submitted

## CERTIFICATE OF SERVICE

I, Nishi Kumar, an attorney, hereby certify that on May 27, 2020, I caused a copy of the foregoing to be filed using the Court's CM/ECF system.

I further certify that I, or another one of Plaintiffs' attorneys, will promptly electronically serve a copy of the same, along with all other pleadings and papers filed in the action to date to the General Counsel for the Louisiana Office of Juvenile Justice, the General Counsel for the Louisiana Governor, and the Louisiana Department of Justice Director of Litigation via email.


/s/ *Nishi Kumar*

Nishi Kumar, La. Bar No. 37415