## *Chronic Care as of May 22, 2020*

| Name | Jets | Problem | Site |
|---|---|---|---|
| N.D. |  | Hemophilia | SCY -Columbia |
| T.F. |  | IgA Nephropathy/ Hypertension | SCY -Columbia |
| E.D. |  | Asthma | SCY -Columbia |
| J.M. |  | Seizure | SCY -Columbia |
| Z.J. |  | Seizure | SCY -Columbia |
|  |  |  |  |
| D.F. |  | GI resection post Gun Shot Wound | SCY -Monroe |
| T.B. |  | Seizure | SCY -Monroe |
|  |  |  |  |
| J.M. |  | Asthma | BRDGE CITY |
| E.M. |  | Asthma | BRDGE CITY |
| N.B. |  | Hypertension | BRDGE CITY |
| J.B. |  | Diabetes | BRDGE CITY |
| A.W. |  | Hypothyroid | BRDGE CITY |
| J.L. |  | Lupus | BRDGE CITY |
|  |  |  |  |
| E.A. |  | Asthma | ACY |
| J.W. |  | Asthma | ACY |
| D.S. |  | Asthma | ACY |
| J.T. |  | Hypertension | ACY |

REDACTED DOCUMENT