## DECLARATION OF D.W.

I, D.W., declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. My initials are D.W.

2. I am at least 18 years of age and am competent to make this declaration.

3. My older son D.M.W. is being held at Bridge City Center for Youth. He was moved to Swanson Center for Youth in Monroe for a four or five days around April 21, 2020 and then was moved back to Bridge City. I didn't know either time that he was transferred until after he was transferred. His release date is July 30, 2020. His case worker told me he is eligible for early release. He is ready to come home and I am ready to have him home with me.

4. My younger son D.K.W. was also being held at Bridge City Center for Youth but he was moved to Acadiana Center for Youth around April 21, 2020. I didn't know that he was transferred until after he was transferred. His release date is in January 2021. He has told me he is eligible for early release. He is ready to come home and I am ready to have him home with me.

5. I was never informed by OJJ staff about the riot incident at Bridge City, and all I know is that it is under investigation. I tried to call someone at OJJ to figure out what is going on and they do not have any available to talk to me. I saw what happened on the news and D.M.W. told me children in his dorm were pepper sprayed by probation officers in the eyes. D.M.W. was pepper sprayed on his arm and his arm burned afterwards. I don't know if he received any medical treatment but I am very much hoping he did. He was transferred to Swanson shortly after that.

6. My older son D.M.W. had a fever and was tested for COVID-19 at the end of March or the beginning of April. He was then isolated in a solitary room for one or two days until his test came back negative. They just tested him once. I had to call his case worker to get that

information – it is not being provided to the young people or their parents. I am not able to get much information on my son's health.

7. My younger son D.K.W. has not been tested for COVID-19. Somebody in his dorm at Bridge City tested positive. The only people who could be giving the children COVID-19 would be the staff coming in and out of the facilities.

8. As far as I know, there is no process for reintroducing "recovered" children to the general population. At both Bridge City and ACY they were all in the dorm together and locked down 23 hours a day. There is no social distancing being practiced in the dorm. There are no policies around interactions with staff and other children. Sometimes they have masks and sometimes they don't. I don't know when they started giving the children masks. Staff doesn't make the children wear the masks. Staff are wearing masks, but not gloves.

9. There are no family or attorney visits allowed. I am allowed two calls a week with my sons. I am supposed to be getting a Zoom call with my older son.

10. All schooling and other developmental training has been suspended. Both of them were previously in regular school and trade school at Bridge City. They no longer have any access to school. They should have kept the children in school during the pandemic like they are with the children outside. They could have given them laptops so they could still be doing the work. They are not receiving any rehabilitation or other services that I know of.

11. D.K.W. was supposed to come home for his first furlough and the court had approved his furlough. It was cancelled after COVID-19 happened. I would like both my sons to come home on furlough until all COVID-19 is absent from the facilities, everyone has been tested, and there is a vaccine. There is no reason for either of them to be detained right now. They are not receiving any rehabilitative services. My ability to parent them is being impeded by

the fact that he are in a facility and away from me. I am very scared for them. I haven't been able to get any answers to my questions from OJJ. I just want to be able to hug my sons.

12. As a named plaintiff, to the best of my ability, I have been working with my lawyers to help them prepare and work on this case. I will continue to do so. I am available to them to assist with the case, and they are available to me to answer questions and to explain and keep me updated on the litigation. I regularly speak with my attorneys and their staff to provide them information in support of this lawsuit. I have responded and will continue to respond to the lawyers' requests for information about adequate health care and other conditions of confinement to the best of my ability. I intend to continue working zealously with my attorneys on behalf of other individuals detained in Louisiana and their family members as long as I am a named plaintiff.

13. I seek only declaratory and injunctive relief on behalf of the class. I am not seeking monetary damages, and I understand this this civil case will not result in the dismissal of any criminal proceedings against my sons or others.

14. I have authorized my attorney to sign on my behalf given the difficulty of arranging visitation and travel due to the current COVID-19 pandemic. If required to do so, I will provide a signature when I am able to do so.

15. This declaration was read to me in English and I was able to make changes and corrections.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge.

Signature:

/s/ Nishi Kumar
Nishi Kumar on behalf of D.W.
May 25, 2020

I, Nishi Kumar, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am a licensed attorney in good standing in Louisiana.

2. I represent the declarant D.W. Out of necessity in light of the COVID-19 pandemic, I signed the attached declaration on her behalf with her express consent.

3. I spoke with D.W. over the phone. She has confirmed that I can sign on her behalf as reflected in her declaration.

I declare under penalty of perjury that the statements above are true and correct to the best of my knowledge and that this declaration was executed on May 25, 2020 in New Orleans, Louisiana.

Signature:

/s/ Nishi Kumar
Nishi Kumar
May 25, 2020