Carlos Franco-Paredes, MD, MPH

Revised: 05/21/2020

**PERSONAL INFORMATION**
Carlos Franco-Paredes, M.D., M.P.H.
Carlos.franco-paredes@cuanschutz.edu
carlos.franco.paredes@gmail.com
U.S. Citizen and Mexican Citizen
Languages: English and Spanish
ORCID: 0000-0001-8757-643X

**CURRENT PROFESSIONAL POSITION AND ACTIVITIES:**
- Associate Professor of Medicine, Division of Infectious Diseases, University of Colorado Denver School of Medicine, Anschutz Medical Campus and Infectious Diseases (July 2018 - ongoing).
- Fellowship Program Director, Division of Infectious Diseases, University of Colorado Denver School of Medicine, Anschutz Medical Campus (March 2019- ongoing).

**EDUCATION**

| | |
|---|---|
| 1989 -1995 | M.D. - La Salle University School of Medicine, Mexico City, Mexico |
| 1996-1999 | Internship and Residency in Internal Medicine, Emory University School of Medicine Affiliated Hospitals, Atlanta, GA |
| 1999-2002 | Fellowship in Infectious Diseases, Emory University School of Medicine Affiliated Hospitals, Atlanta, GA |
| 1999-2002 | Fellow in AIDS International Training and Research Program, NIH Fogarty Institute, Rollins School of Public Health, Emory University, Atlanta, GA |
| 1999 - 2002 | Masters Degree in Public Health (M.P.H.) Rollins School of Public Health, Emory University, Atlanta, GA, Global Health Track |
| 2001-2002 | Chief Medical Resident, Grady Memorial Hospital, Emory University School of Medicine, Atlanta, GA |
| 2006 | Diploma Course in Tropical Medicine, Gorgas. University of Alabama, Birmingham and Universidad Cayetano Heredia, Lima Peru |

**CERTIFICATIONS**

| | |
|---|---|
| 1999-Present | Diplomat in Internal Medicine American Board of Internal Medicine (Recertification 11/2010-11/2020) |
| 2001-present | Diplomat in Infectious Diseases, American Board of Internal Medicine, Infectious Diseases Subspecialty (Recertification 04/2011-04/2021) |
| 2005-present | Travel Medicine Certification by the International Society of Travel Medicine |
| 2007-present | Tropical Medicine Certification by the American Society of Tropical Medicine – Diploma in Tropical Medicine and Hygiene (DTMH - Gorgas) |

**EMPLOYMENT HISTORY:**
- 2002 - 2004 - Advisor to the Director of the National Center for Child and Adolescent Health and of the National Immunization Council (NIP), Ministry of Health

1

Carlos Franco-Paredes, MD, MPH

Mexico; my activities included critical review of current national health plans on vaccination, infectious diseases, soil-transmitted helminthic control programs; meningococcal disease outbreaks in the jail system, an outbreak of imported measles in 2003-2004 and bioterrorism and influenza pandemic preparedness. I represented the NIP at meetings of the Global Health Security Action Group preparation of National preparedness and response plans for Mexico

- 2005 – 2011- Co-Director Travel Well Clinic, Emory University
  Emory Midtown Hospital
- 2004- 8/2009 -Assistant Professor of Medicine
  Department of Medicine, Division of Infectious Diseases
  Emory University School of Medicine, Atlanta GA
- 3/2008-10/2009 Consultant WHO, HQ, Geneva, Influenza Vaccine
- 9/2009- 3/2011 Associate Professor of Medicine
  Department of Medicine, Division of Infectious Diseases
  Emory University School of Medicine, Atlanta GA
- 1/2007 – 3/2011 Assistant Professor of Public Health
  Hubert Department of Global Health
  Rollins School of Public Health, Emory University, Atlanta GA
- 4/2011 –5/2013 - Associate Professor of Public Health in Global Health
  Hubert Department of Global Health
  Rollins School of Public Health, Emory University, Atlanta GA
- 2010 - WHO HQ Consultant for a 4-month-period on the Deployment of H1N1 influenza vaccine in the African Region, Jan to March 2010, Switzerland Geneva, WHO HQ 2010 sponsored by John Snow Inc. USAID, Washington, D.C.
- 2014-2015 - Consultant International Association of Immunization Managers, Regional Meeting of the Middle Eastern and North African Countries and Sub Saharan Africa, held in Durban South Africa, Sept 2014; and as rapporteur of the Inaugural Conference, 3-4 March 2015, Istanbul, Turkey.
- 3/2011- 5/2017 - Phoebe Physician Group –Infectious Diseases Clinician Phoebe Putney Memorial Hospital, Albany, GA.
- 5/2015 - 9/2015 - Consultant Surveillance of Enteric Fever in Asia (Pakistan, Indonesia, Bangladesh, Nepal, India) March 2015-October 2015.
- June 19, 2017-June 31, 2018–Visiting Associate Professor of Medicine, Division of Infectious Diseases, University of Colorado Denver, Anschutz Medical Campus
- June 2004- present - Adjunct Professor of Pediatrics, Division of Clinical Research, Hospital Infantil de México, Federico Gómez, México City, México. Investigador Nacional Nivel II, Sistema Nacional de Investigadores (12/2019); SNI III Sistema Nacional de Investigadores (1/2020-); Investigador Clínico Nivel E, Sistema Nacional de Hospitales

**HONORS AND AWARDS**

Carlos Franco-Paredes, MD, MPH

| | |
|---|---|
| 1995 | Top Graduating Student, La Salle School of Medicine |
| 1997 | Award for Academic Excellence in Internal Medicine, EUSM |
| 1999 | Alpha Omega Alpha (AOA) House staff Officer, EUSM |
| 2002 | Pillar of Excellence Award. Fulton County Department of Health and Wellness Communicable Disease Prevention Branch, Atlanta GA |
| 2002 | Emory University Humanitarian Award for extraordinary service in Leadership Betterment of the Human Condition the Emory University Rollins School of Public Health |
| 2002 | Winner of the Essay Contest on the Health of Developing Countries: Causes and Effects in Relation to Economics or Law, sponsored by the Center for International Development at Harvard University and the World Health Organization Commission on Macroeconomics Health with the essay "*Infectious Diseases, Non-zero Sum Thinking and the Developing World*" |
| 2002 | "*James W. Alley*" Award for Outstanding Service to Disadvantaged Populations, Rollins School of Public Health of Emory University May 2002. Received during Commencement Ceremony Graduation to obtain the Degree of Masters in Public Health |
| 2006 | Golden Apple Award for Excellence in Teaching, Emory University, School of Med |
| 2006 | Best Conference Award Conference, "*Juha Kokko*" Best Conference Department of Medicine, EUSM |
| 2007 | "*Jack Shulman*" Award Infectious Disease fellowship, Excellence in Teaching Award, Division of Infectious Diseases, EUSM |
| 2007 | Emerging Threats in Public Health: Pandemic Influenza CD-ROM, APHA's Public Health Education and Health Promotion Section, Annual Public Health Materials Contest award |
| 2009 | National Center for Preparedness, Detection, and Control of Infectious Diseases. Honor Award Certificate for an exemplary partnership in clinical and epidemiologic monitoring of illness related to international travel. NCPDCID Recognition Awards Ceremony, April 2009. CDC, Atlanta, GA |
| 2012 | The ISTM Awards Committee, directed by Prof. Herbert DuPont, selected the article "Rethinking typhoid fever vaccines" in the Journal of Travel Medicine (Best Review Article) |
| 2012 | Best Clinical Teacher. Albany Family Medicine Residency Program |
| 2018 | Outstanding Educator Award – Infectious Diseases Fellowship, Division of Infectious Diseases, University of Colorado, Anschutz Medical Center, Aurora Colorado |

**EDITORSHIP AND EDITORIAL BOARDS**

| | |
|---|---|
| 2007-Present | Deputy/Associate Editor PLoS Neglected Tropical Disease Public Library of Science |
| 2017-2018 | Deputy Editor, Annals of Clinical Microbiology and Antimicrobials BMC |
| 2007-2019 | Core Faculty International AIDS Society-USA -Travel and Tropical Medicine/HIV/AIDS |

Carlos Franco-Paredes, MD, MPH

**INTERNATIONAL COMMITTEES**

2018-    Member of the Examination Committee of the International Society of Travel Medicine. Developing Examination Questions and Proctoring the Certificate in Traveler's Health Examination

Proctor Certificate of Traveler's Health Examination (CTH) as part of the International Society of Travel Medicine– 12th Asia-Pacific Travel Health Conference, Thailand 21-24 March 2019

Proctor Certificate of Traveler's Health Examination (CTH), Atlanta, GA, September, 2019

**PRESENTATIONS AT NATIONAL/INTERNATIONAL MEETINGS**

2017- Meeting of the Colombian Society of Infectious Diseases, August 2017:
Discussion of Clinical Cases Session, Influenza, MERS-Coronavirus, Leprosy, Enteric Fever
2018 – Cutaneous Mycobacterial Diseases, Universidad Cayetano Heredia,
Lima, Peru, Mayo 2018
2018 – Scientific Writing Seminar, ACIN, Pereira, Colombia, August 2-4, 2018
2019 – First International Congress of Tropical Diseases ACINTROP 2019. March 21, 2019, Monteria, Colombia, Topic: Leishmaniasis
2019 – One Health Symposium of Zoonoses, Pereira Colombia, August 16-17, 2019, Topic:  Zoonotic Leprosy
2019 – Congress Colombian Association of Infectious Diseases (ACIN), Topic: Leprosy in Latin America, Cartagena, Colombia, August 21-24, 2019
2019 – World Society Pediatric Infectious Diseases, Manila Philippines, November 7-9, 2019 - Tropical Medicine Symposium:   Diagnosis, Treatment, and Prevention of Leprosy.
2019 – FLAP. Federacion Latino Americana de Parasitologia, Panama, Panama, November 26, 2019, Oral Transmission of Leprosy Symposium
2019 – FLAP. Federacion Latino Americana de Parasitologia, Panama, Panama, November 27, 2019, Leprosy Situation in the Americas.

**PUBLICATIONS**
**BOOKS**
**Franco-Paredes C**, Santos-Preciado JI. Neglected Tropical Diseases in Latin America and the Caribbean, Springer-Verlag, 2015. ISBN-13: 978-3709114216    ISBN-10: 3709114217
**Franco-Paredes C**. Core Concepts in Clinical Infectious Diseases, Academic Press, Elsevier, March 2016. ISBN: 978-0-12-804423-0

**RESEARCH ORIGINAL ARTICLES (clinical, basic science, other) in refereed journals:**
**1.** Del Rio C, **Franco-Paredes C**, Duffus W, Barragan M, Hicks G. Routinely Recommending HIV Testing at a Large Urban Urgent-Care Clinic – Atlanta, GA. *MMWR Morbid Mortal Wkly Rep* 2001; 50:538-541.
**2.** Del Rio C, Barragán M, **Franco-Paredes C**.  *Pneumocystis carinii* Pneumonia.  *N Engl J Med* 2004; 351:1262-1263.
**3.** Barragan M, Hicks G, Williams M, **Franco-Paredes C**, Duffus W, Del Rio C.  Health Literacy is Associated with HIV Test Acceptance.  *J Gen Intern Med* 2005; 20:422-425.

Carlos Franco-Paredes, MD, MPH

**4.** Rodriguez-Morales A, Arria M, Rojas-Mirabal J, Borges E, Benitez J, Herrera M, Villalobos C, Maldonado A, Rubio N, **Franco-Paredes C**.  Lepidopterism Due to the Exposure of the Moth *Hylesia metabus* in Northeastern Venezuela.  *Am J Trop Med Hyg* 2005; 73:991-993.

**5.** Rodriguez-Morales A, Sánchez E, Arria M, Vargas M, Piccolo C, Colina R, **Franco-Paredes C**. White Blood Cell Counts in *Plasmodium vivax*.  *J Infect Dis* 2005; 192:1675-1676.

**6. Franco-Paredes C**, Nicolls D, Dismukes R, Kozarsky P.  Persistent Tropical Infectious Diseases among Sudanese Refugees Living in the US.  *Am J Trop Med Hyg* 2005; 73: 1.

**7.** Osorio-Pinzon J, Moncada L, **Franco-Paredes C**.  Role of Ivermectin in the Treatment of Severe Orbital **Myiasis Due to *Cochliomyia hominivorax.  Clin Infect Dis* 2006; 3: e57-9.**

**8.** Rodriguez-Morales A, **Franco-Paredes C**.  Impact of *Plasmodium vivax* Malaria during Pregnancy in Northeastern Venezuela.  *Am J Trop Med Hyg* 2006; 74:273-277.

**9.** Rodriguez-Morales A, Nestor P, Arria M, **Franco-Paredes C**.  Impact of Imported Malaria on the Burden of Malaria in Northeastern Venezuela.  *J Travel Med* 2006; 13:15-20.

**10.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C.** Is anemia in *Plasmodium vivax* More Severe and More Frequent than in *Plasmodium falciparum?  Am J Med* 2006; 119:e9-10.

**11.** Hicks G, Barragan M, **Franco-Paredes C**, Williams MV, del Rio C.  Health Literacy is a Predictor of HIV Knowledge.  *Fam Med J* 2006; 10:717-723.

**12.** Cardenas R, Sandoval C, Rodriguez-Morales A, **Franco-Paredes C**.  Impact of Climate Variability in the Occurrence of Leishmaniasis in Northeastern Colombia.  *Am J Trop Med Hyg* 2006; 75:273-7.

**13. Franco-Paredes C**, Nicolls D, Dismukes R, Wilson M, Jones D, Workowski K, Kozarsky P.  Persistent and Untreated Tropical Infectious Diseases among Sudanese Refugees in the US.  *Am J Trop Med Hyg* 2007; 77:633-635.

**14.** Rodríguez-Morales AJ, Sanchez E, Arria M, Vargas M, Piccolo C, Colina R, **Franco-Paredes C**. Hemoglobin and haematocrit: The Threefold Conversion is also Non Valid for Assessing Anaemia in *Plasmodium vivax* Malaria-endemic Settings.  *Malaria J* 2007; 6:166.

**15. Franco-Paredes C**, Jones D, Rodriguez-Morales AJ, Santos-Preciado JI.  Improving the Health of Neglected Populations in Latin America.  *BMC Public Health* 2007; 7.

**16.** Kelly C, Hernández I, **Franco-Paredes C**, Del Rio C.  The Clinical and Epidemiologic Characteristics of Foreign-born Latinos with HIV/AIDS at an Urban HIV Clinic.  *AIDS Reader* 2007; 17:73-88.

**17.** Hotez PJ, Bottazzi ME, **Franco-Paredes C**, Ault SK, Roses-Periago M.  The Neglected Tropical Diseases of Latin America and the Caribbean: Estimated Disease Burden and Distribution and a Roadmap for Control and Elimination.  *PLoS Negl Trop Dis* 2008; 2:e300.

**18.** Tellez I, Barragan M, Nelson K, Del Rio C, **Franco-Paredes C**.  *Pneumocystis jiroveci* (PCP) in the Inner City: A Persistent and Deadly Pathogen.  *Am J Med Sci* 2008; 335:192-197.

**19.** Rodriguez-Morales AJ, Olinda, **Franco-Paredes C**.  Cutaneous Leishmaniasis Imported from Colombia to Northcentral Venezuela: Implications for Travel Advice. *Trav Med Infect Dis* 2008; 6(6): 376-9.

**20.** Jacob J, Kozarsky P, Dismukes R, Bynoe V, Margoles L, Leonard M, Tellez I, **Franco-Paredes C**.  Five-Year Experience with Type 1 and Type 2 Reactions in Hansen's Disease at a US Travel Clinic.  *Am J Trop Med Hygiene* 2008; 79:452-454.

**21.** Delgado O, Silva S, Coraspe V, Ribas MA, Rodriguez-Morales AJ, Navarro P, **Franco-Paredes C**. Epidemiology of Cutaneous Leishmaniasis in Children and Adolescents in Venezuela.  *Trop Biomed.* 2008; 25(3):178-83.

Carlos Franco-Paredes, MD, MPH

**22. Franco-Paredes C**, Lammoglia L, Hernandez I, Santos-Preciado JI.  Epidemiology and Outcomes of Bacterial Meningitis in Mexican Children: 10-Years' Experience (1993-2003). *Int J Infect Dis* 2008; 12:380-386.

**23.** Pedroza A, Huerta GJ, Garcia ML, Rojas A, Lopez I, Peñagos M, **Franco-Paredes C**, Deroche C, Mascareñas C.  The Safety and Immunogenicity of Influenza Vaccine in Children with Asthma in Mexico. *Int J Infect Dis* 2009; 13(4): 469-75.

**24.** Museru O, **Franco-Paredes C**. Epidemiology and Outcomes of Hepatitis B Virus Infection among Refugees Seen at U.S. Travel Medicine Clinic: 2005-2008. *Travel Med Infect Dis* 2009; 7: 171-179.

**25.** Rodriguez-Morales AJ, Olinda M, **Franco-Paredes C**. Imported Cases of Malaria Admitted to Two Hospitals of Margarita Island, Venezuela: 1998-2005. *Travel Med Infect Dis* 2009: (1): 48-45.

**26.** Kelley CF, Checkley W, Mannino DM, **Franco-Paredes C**, Del Rio C, Holguin F. Trends in Hospitalizations for AIDS-associated *Pneumocystis jiroveci* Pneumonia in the United States (1986-2005). *Chest* 2009; 136(1): 190-7.

**27.** Carranza M, Newton O, **Franco-Paredes C**, Villasenor A.  Clinical Outcomes of Mexican Children with Febrile Acute Upper Respiratory Infection: No Impact of Antibiotic Therapy. *Int J Infect Dis* 2010; 14(9): e759-63.

**28.** Museru O, Vargas M, Kinyua M, Alexander KT, **Franco-Paredes C,** Oladele A. Hepatitis B Virus Infection among Refugees Resettled in the U.S.: High Prevalence and Challenges in Access to Health Care. ***J Immigrant Minor Health* 2010;**

**29.** Moro P, Thompson B, Santos-Preciado JI, Weniger B, Chen R, **Franco-Paredes C.** Needlestick injuries in Mexico City sanitation workers. *Revista Panamericana de Salud Pública/Pan American Journal of Public Health* 2010; 27 (6): 467-8.

**30.** Barragan M, Holtz M, **Franco-Paredes C**, Leonard M. The Untimely Misfortune of Tuberculosis Diagnosis at time of Death. *Infect Dis Clin Pract* 2010; 18(6):1-7.

**31.** Hochberg N, Armstrong W, Wang W, Sheth A, Moro R, Montgomery S, Steuer F, Lennox J, **Franco-Paredes C**.  High Prevalence of Persistent Parasitic Infections in Foreign-born HIV-infected Persons in the United States. *PLoS Neglect Dis* 2011; 5(4): e1034.

**32.** Larocque RC, Rao SR, Lee J, Ansdell V, Yates JA, Schwartz BS, Knouse M, Cahill J, Hagmann S, Vinetz J, Connor BA, Goad JA, Oladele A, Alvarez S, Stauffer W, Walker P, Kozarsky P, **Franco-Paredes C**, Dismukes R, Rosen J, Hynes NA, Jacquerioz F, McLellan S, Hale D, Sofarelli T, Schoenfeld D, Marano N, Brunette G, Jentes ES, Yanni E, Sotir MJ, Ryan ET; the Global TravEpiNet Consortium. Global TravEpiNet: A National Consortium of Clinics Providing Care to International Travelers--Analysis of Demographic Characteristics, Travel Destinations, and Pretravel Healthcare of High-Risk US International Travelers, 2009-2011. *Clin Infect Dis*. 2012; 54(4):455-462.

**33**. Espinosa-Padilla SE, Murata C, Estrada-Parra S, Santos-Argumendo L, Mascarenas C, **Franco-Paredes C**, Espinosa-Rosales FJ. Immunogenicity of a 23-valent pneumococcal polysaccharide vaccine among Mexican children. *Arch Med Res* 2012;

**34.** Harris JR, Lockhart SR, Sondermeyer G, Vugia DJ, Crist MB, D'Angelo MT, Sellers B, **Franco-Paredes C**, Makvandi M, Smelser C, Greene J, Stanek D, Signs K, Nett RJ, Chiller T, Park BJ. *Cryptococcus gattii* infections in multiple states outside the US Pacific Northwest. *Emerg Infect Dis*. 2013; 19 (10):1620-6.

**35. Franco-Paredes C**. Aerobic actinomycetes that masquerade as pulmonary tuberculosis. Bol Med Hosp Infant Mex 2014; 71(1): 36-40.

**36.** Chastain DB, Ngando I, Bland CM, **Franco-Paredes C**, and Hawkins WA. Effect of the 2014 Clinical and Laboratory Standard Institute urine-specific breakpoints on cefazolin susceptibility rates at a community teaching hospital. *Ann Clin Microbiol Antimicrob* 2017; 16(1): 43.

Carlos Franco-Paredes, MD, MPH

**37**. Kashef Hamadani BH, **Franco-Paredes C**, MCollister B, Shapiro L, Beckham JD, Henao-Martinez AF. Cryptococcosis and cryptococcal meningitis- new predictors and clinical outcomes at a United States Academic Medical Center. *Mycoses* 2017; doi: 10.1111/myc.12742.
**38**. Chastain DB, **Franco-Paredes C**, Wheeler SE, Olubajo B, Hawkins A. Evaluating Guideline Adherence regarding Empirical Vancomycin use in patients with neutropenic fever. *Int J Infect Dis* 2018; Feb 22. pii: S1201-9712(18)30052-3. doi: 10.1016/j.ijid.2018.02.016. PMID: 29477362
**39**. Parra-Henao G, Amioka E, **Franco-Paredes C**, Colborn KL, Henao-Martinez AF. Heart failure symptoms and ecological factors as predictors of Chagas disease among indigenous communities in the Sierra Nevada de Santa Marta, Colombia. *J Card Fail* 2018; Mar 26. pii: S1071-9164(18)30119-2. doi: 10.1016/j.cardfail.2018.03.007.
**40**. Vela Duarte D, Henao-Martinez AF, Nyberg E, Castellanos P, **Franco-Paredes C**, Chastain DB, Lacunar Stroke in Cryptococcal Meningitis: Clinical and Radiographic Features. *J Stroke and Cerebrovascular Disease* 2019;
**41**. Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. A clinical pharmacist survey of prophylactic strategies used to prevent adverse events of lipid-associated formulations of amphotericin B. *Infect Dis* 2019;
**42**. Henao-Martínez AF, Chadalawada S, Villamil-Gomez WE, DeSanto K, Rassi A Jr, **Franco-Paredes C**. Duration and determinants of Chagas latency: an etiology and risk systematic review protocol. *JBI Database System Rev Implement Rep*. 2019 Jul 22. doi: 10.11124/JBISRIR-D-18-00018.

**CONSENSUS STATEMENTS**

Pritchett MA, Oberg CL, Belanger A, De Cardenas J, Cheng G, Cumbo Nacheli G, **Franco-Paredes C,** Singh J, Toth J, Zgoda M, Folch E. Society for Advanced Bronchoscopy Consensus Statement and Guidelines for bronchoscopy and airway management amid the COVID-19 pandemic. *J Thorac Dis* 2020; http://dx.doi.org/10.21037/jtd.2020.04.32

**RESEARCH ORIGINAL ARTICLES AS COLLABORATOR (clinical, basic science, other) in refereed journals:**
**43.** Benator D, Bhattacharya M, Bozeman L, Burman W, Cantazaro A, Chaisson R, Gordin F, Horsburgh CR, Horton J, Khan A, Lahart C, Metchock B, Pachucki C, Stanton L, Vernon A, Villarino ME, Wang YC, Weiner M, Weis S; **Tuberculosis Trials Consortium**.  Rifapentine and Isoniazid Once a Week versus Rifampicin and Isoniazid twice a week for Treatment of Drug-susceptible Pulmonary Tuberculosis in HIV-Negative Patients: a Randomised Clinical Trial.  *Lancet* 2002; 360:528-34.
**44.** Weiner M, Burman W, Vernon A, Benator D, Peloquin CA, Khan A, Weis S, King B, Shah N, Hodge T; **Tuberculosis Trials Consortium**.  Low INH Concentrations and Outcome of Tuberculosis Treatment with Once-weekly INH and Rifapentine.  *Am J Rev Crit Care Med* 2003; 167:1341-1347.
**45.** Jasmer RM, Bozeman L, Schwartzman K, Cave MD, Saukkonen JJ, Metchock B, Khan A, Burman WJ; **Tuberculosis Trials Consortium**.  Recurrent Tuberculosis in the United States and Canada: Relapse or Reinfection?  *Am J Respir Crit Care Med* 2004; 170:1360-1366.
Mendelson M, Davis XM, Jensenius M, Keystone JS, von Sonnenburg F, Hale DC, Burchard GD, Field V, Vincent P, Freedman DO; **GeoSentinel Surveillance Network**. Health risks in travelers to South Africa:

7

Carlos Franco-Paredes, MD, MPH

the GeoSentinel experience and implications for the 2010 FIFA World Cup. *Am J Trop Med Hyg*. 2010; 82(6): 991-5.

**46.** Hagmann S, Neugebauer R, Schwartz E, Perret C, Castelli F, Barnett ED, Stauffer WM; GeoSentinel Surveillance Network. Illness in children after international travel: analysis from the **GeoSentinel Surveillance Network**. *Pediatrics.* 2010; 1 25(5): e1072-80.

**47.** Schlagenhauf P, Chen LH, Wilson ME, Freedman DO, Tcheng D, Schwartz E, Pandey P, Weber R, Nadal D, Berger C, von Sonnenburg F, Keystone J, Leder K; **GeoSentinel Surveillance Network**. Sex and gender differences in travel-associated disease. *Clin Infect Dis*. 2010; 50 (6): 826-32.

**48.** Jensenius M, Davis X, von Sonnenburg F, Schwartz E, Keystone JS, Leder K, Lopéz-Véléz R, Caumes E, Cramer JP, Chen L, Parola P; **GeoSentinel Surveillance Network**. Multicener GeoSentinel analysis of rickettsial diseases in international travelers, 1996-2008. *Emerg Infect Dis*. 2009; 15(11):1791-8.

**49.** Chen LH, Wilson ME, Davis X, Loutan L, Schwartz E, Keystone J, Hale D, Lim PL, McCarthy A, Gkrania-Klotsas E, Schlagenhauf P; **GeoSentinel Surveillance Network**. *Emerg Infect Dis*. 2009; 15(11): 1773-82.

**50.** Nicolls DJ, Weld LH, Schwartz E, Reed C, von Sonnenburg F, Freedman DO, Kozarsky PE; **GeoSentinel Surveillance Network**. Characteristics of schistosomiasis in travelers reported to the GeoSentinel Surveillance Network 1997-2008. *Am J Trop Med Hyg 2008*; 79(5): 729-34.

**51.** Greenwood Z, Black J, Weld L, O'Brien D, Leder K, Von Sonnenburg F, Pandey P, Schwartz E, Connor BA, Brown G, Freedman DO, Torresi J; **GeoSentinel Surveillance Network.** Gastrointestinal infection among international travelers globally. *J Travel Med* 2008; 1 5(4):221-8.

**52.** Davis XM, MacDonald S, Borwein S, Freedman DO, Kozarsky PE, von Sonnenburg F, Keystone JS, Lim PL, Marano N; **GeoSentinel Surveillance Network**. Health risks in travelers to China: the GeoSentinel experience and implications for the 2008 Beijing Olympics. *Am J Trop Med Hyg* 2008; 79(1): 4-8.

**53.** Boggild AK, Castelli F, Gautret P, Torresi J, von Sonnenburg F, Barnett ED, Greenaway CA, Lim PL, Schwartz E, Wilder-Smith A, Wilson ME; **GeoSentinel Surveillance Network**. Vaccine preventable diseases in returned international travelers: results from the GeoSentinel Surveillance Network. *Vaccine* 2010; 28(46):7389-95.

**54.** Esposito DH, Han PV, Kozarsky PE, Walker PF, Gkrania-Klotsas E, Barnett ED, Libman M, McCarthy AE, Field V, Connor BA, Schwartz E, MacDonald S, Sotir MJ; **GeoSentinel Surveillance Network**. Characteristics and spectrum of disease among ill returned travelers from pre- and post-earthquake Haiti: The GeoSentinel experience. *Am J Trop Med Hyg* 2012 Jan; 86(1):23-8.

**55.** Boggild AK, Castelli F, Gautret P, Torresi J, von Sonnenburg F, Barnett ED, Greenaway CA, Lim PL, Schwartz E, Wilder-Smith A, Wilson ME; **GeoSentinel Surveillance Network**. Latitudinal patterns of travel among returned travelers with influenza: results from the GeoSentinel Surveillance Network, 1997-2007. *J Travel Med* 2012; 19(1):4-8. doi: 10.1111/j.1708-8305.2011.00579.x.

**REVIEW, EDITORIALS, CASE SERIES, CASE REPORT ARTICLES:**

**56. Franco-Paredes C**, Jurado R.  Ankylosing Spondylitis Fibrocavitary Lung Disease.  *Clin Infect Dis* 2001; 32:1062.

Carlos Franco-Paredes, MD, MPH

**57. Franco-Paredes C,** Evans J, Jurado R. Diabetes Insipidus due to *Streptococcus pneumoniae* Meningitis. *Arch Intern Med* 2001; 161; 1114-15.

**58. Franco-Paredes C,** Blumberg H.  Tuberculosis Psoas Abscess caused by *Mycobacterium tuberculosis* and *Staphylococcus aureus*: Case Report and Review.  *Am J Med Sci* 2001; 321:415-17.

**59.** Jurado R, **Franco-Paredes C**.  Aspiration Pneumonia: A Misnomer.  *Clin Infect Dis* 2001;33:1612-3.

**60.** Del Rio Carlos, **Franco-Paredes C**.  Bioterrorism: A New Public Health Problem.  *Sal Publ Mex* 2001; 43:585-88.

**61. Franco-Paredes C,** Blumberg H.  New Concepts in the Diagnosis of Latent Tuberculosis Infection. *Consultant* 2001; 41:1105-1121.

**62. Franco-Paredes C,** Bellehemeur T, Sanghi P, et al.  Aseptic Meningitis and Retrobulbar Optic Neuritis Caused By VZV Preceding the Onset of PORN in a Patient with AIDS. *AIDS* 2002; 16:1045-1049.

**63. Franco-Paredes C,** Mehrabi D, Calle J, Jurado R.  Night Sweats Revisited. *Infect Dis Clin Pract* 2002; 11:291-293.

**64. Franco-Paredes C,** Jurado R, Del Rio C.  The Clinical Utility of the Urine Gram Stain. *Infect Dis Clin Pract* 2002; 11:561-563.

**65. Franco-Paredes C,** Agudelo C.  Editorial Response:  The Ever Expanding Clinical Spectrum of Tuberculosis.  *J Clin Rheumatol* 2002;8:1-2.

**66. Franco-Paredes C,** Rebolledo P, Folch E, Hernandez I, Del Rio C.  Diffuse CD8 Lymphocytosis Syndrome in HIV-infected Patients.  *AIDS Reader* 2002; 12:408-13.

**67. Franco-Paredes C**.  Human Immunodeficiency Virus Infection as a Risk Factor for Tuberculosis Infection and Clinical Disease.  *Infect Med* 2002; 19:475-479.

**68. Franco-Paredes C,** Leonard M, Jurado R, Blumberg H.  Tuberculosis of the Pancreas. Report of two cases and Review of the Literature. *Am J Med Sci* 2002; 323(1): 54-58.

**69.** DiazGranados C, **Franco-Paredes C,** Steinberg J.  A Long Suffering Patient with New Abdominal Pain. *Clin Infect Dis* 2002; 34(9):1213-1214; 1267-1268.

**70. Franco-Paredes C,** Martin K. Extranodal Rosai-Dorfman Manifested in the Meninges.  *Southern Med J* 2002; 95(9): 1101-1104.

**71. Franco-Paredes C,** Workowski K, Harris M. Infective Endocarditis-Endarteritis Complicating Coarctation of the Aorta.  *Am J Med* 2002; 112(7):590-92.

**72.** Folch E, Hernandez I, Barragan M, **Franco-Paredes C**.  Infectious Disease, Non-Zero Sum Thinking and the Developing World.  *Am J Med Sci* 2003; 326:66-72.

**73. Franco-Paredes C,** Santos Preciado JI.  Parasitology Resources on the World Wide Web: A Powerful Tool for Infectious Diseases Practitioners.  *Clin Infect Dis* 2003; 37:694-701.

**74. Franco-Paredes C,** Tellez I, Santos-Preciado JI.  *Monkeypox* Virus Infection Appears in the Americas. *Salud Publ Mex* 2003; 45:428-430.

**75. Franco-Paredes C,** Del Rio C, Nava Frías M, Rangel Frausto S, Téllez I, Santos Preciado JI.  Confronting Bioterrorism: Epidemiologic, Clinical, and Preventive Aspects of Smallpox.  *Sal Publ Mex* 2003; 45:298-309.

**76. Franco-Paredes C,** Kuri-Morales P, Alvarez-Lucas C, Zavala E, Betancourt M, Nava-Frias M, Santos-Preciado JI.  Severe Acute Respiratory Syndrome: A Global View of the Epidemic. *Sal Publ Mex* 2003; 45:211-220.

**77.** Huneycut D, Folch E, **Franco-Paredes C**. Atypical Manifestations of Infections in Patients with Familial Dysautonomia. *Am J Med* 2003; 115(6): 505-506.

**78. Franco-Paredes C,** Sanghi P. Progressive Multifocal Leukoencephalopathy. *Infect Med* 2003; 20(8):376.

Carlos Franco-Paredes, MD, MPH

**79. Franco-Paredes C**, Guarner J, McCall C, Mehrabi D, Del Rio C. Clinical and Pathological Recognition of Leprosy. *Am J Med* 2003; 114(3):246-7.

**80. Franco-Paredes C**, Lammoglia L, Santos Preciado JI.  Historical Perspective of Smallpox in Mexico: Origins, Elimination, and Risk of Reintroduction due to Bioterrorism.  *Gac Med Mex* 2004; 141:321-328.

**81.** Santos-Preciado JI, **Franco-Paredes C**.  Influenza Vaccine in Childhood: a Preventive Strategy of National Priority. *Salud Publ Mex* 2004; 46:498-500.

**82.** Almeida L, **Franco-Paredes C**, Pérez LF, Santos JI.  Meningococcal Disease: Preventive and Clinical Aspects.  *Salud Publ Mex* 2004; 46(5):438-50.

**83. Franco-Paredes C**, Téllez I, Del Rio C.  The Inverse Relationship between Decreased Infectious Diseases and Increased Inflammatory Disease Occurrence.  *Arch Med Res* 2004; 35:258-26.

**84.** Arria M, Rodríguez-Morales A, **Franco-Paredes C**.  Galeria Eco-epidemiológica de la Cuenca Amazónica.  *Rev Peru Salud Publ* 2005; 22:236-240.

**85. Franco-Paredes C**, Lammoglia L, Santos-Preciado JI.  The Spanish Royal Philanthropic Expedition to Bring Smallpox Vaccination to the New World and Asia in the 19th Century. *Clin Infect Dis* 2005; 41:1285-1289.

**86.** Diaz-Borjon A, Lim S, **Franco-Paredes C**. Multifocal Septic Arthritis: An Unusual   Complication of Invasive *Streptococcus pyogenes* Infection. *Am J Med* 2005. 118(8): 924-925.

**87. Franco-Paredes C**, Rodríguez A. Lepromatous Leprosy. *Infect Med* 2005

88. Santos-Preciado JI, **Franco-Paredes C**.  Tratamiento Acortado Estrictamente Supervisado (TAES o DOTS) Para Tuberculosis en Poblaciones Con Niveles Moderados de Farmacorresistencia: Perspectiva del Impacto Internacional.  *Rev Inv Clin* 2005; 57:488-490.

**89.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C**. Severe Thrombocytopenia, Reply to Spinello et al.  *Clin Infect Dis* 2005; 41:1211-1212.

**90. Franco-Paredes C**,  Dismukes R, Nicolls D, Kozarsky P.  Reply to Newton et al.  *Clin Infect Dis* 2005;41:1688-1689.

**91.** Rodríguez-Morales A, Sánchez E, Vargas M, Piccolo C, Colina R, Arria M, **Franco-Paredes C**. Occurrence of Thrombocytopenia in *Plasmodium vivax* malaria.  *Clin Infect Dis* 2005;41:130-131.

**92. Franco-Paredes C**, Rodríguez-Morales A, Santos-Preciado JI.  Bioterrorism: Preparing for the Unexpected.  *Rev Inv Clin* 2005; 57: 57(5):695-705.

**93. Franco-Paredes C**, Tellez I, Del Rio C, Santos-Preciado JI.  Pandemic Influenza: Impact of Avian Influenza.  *Salud Publ Mex* 2005; 2: 47(2):107-9.

**94. Franco-Paredes C**, Dismukes R, Nicolls D, Kozarsky D. Neurotoxicity Associated To Misdiagnosis of Malaria.  *Clin Infect Dis* 2005; 40:1710-1711.

**95.** Rodríguez-Morales A, Benitez J, **Franco-Paredes C**.  *Plasmodium vivax* Malaria Imported from a rural Area Near Caracas Venezuela?  *J Trav Med* 2006; 13:325-326.

**96. Franco-Paredes C,** Tellez I, Del Rio C. Rapid HIV Testing. *Current HIV/AIDS Reports* 2006; 3:169-75.

**97. Franco-Paredes C,** Hidron A, Steinberg JP. Photo Quiz: An 82-year-old Female from Guyana with Fever and Back pain.  Chyluria due to *Wuchereria bancrofti* Infection. *Clin Infect Dis* 2006; 42 (9): 1297; 1340-1341.

**98. Franco-Paredes C**, Kozarsky P, Nicolls D, Dismukes R. Pelvic Echinococcosis in a Northern Iraqi Refugee. *J Trav Med* 2006. 13 (2): 119-122.

**99. Franco-Paredes C**, Santos-Preciado JI.  Prevention of Malaria in Travelers.  *Lancet Infect Dis* 2006; 6:139-149.

**100. Franco-Paredes C**, Santos-Preciado JI.  Reply to Christenson.  *Clin Infect Dis* 2006; 42: 731-732.

Carlos Franco-Paredes, MD, MPH

**101. Franco-Paredes C**, Diaz-Borjon A, Barragán L, Senger M, Leonard M.  The Ever Expanding Association between Tuberculosis and Rheumatologic Diseases.  *Am J Med* 2006; 119:470-477.

**102**. **Franco-Paredes C**, Rouphael N, Del Rio C, Santos-Preciado JI.  Vaccination Strategies to Prevent Tuberculosis in the New Millennium: From BCG to New Vaccine Candidates.  *Int J Infect Dis* 2006; 10:93-102.

**103.** Tellez I, Calderon O, **Franco-Paredes C**, Del Rio C.  West Nile Virus: A Reality in Mexico.  *Gac Med Mex* 2006; 142:493-9.

**104. Franco-Paredes C,** Santos-Preciado JI.  Reply to Christenson.  *Clin Infect Dis* 2006; 42:731-732.

105. Kieny MP, Costa A, Carrasco P, Perichov Y, **Franco-Paredes C**, Santos-Preciado JI, et al. A Global Pandemic Influenza Vaccine Action Plan.  *Vaccine* 2006; 24:6367-6370.

**106. Franco-Paredes C**, Anna Von, Alicia Hidron, Alfonso J. Rodríguez-Morales, Ildefonso Tellez, Maribel Barragán, Danielle Jones, Cesar G. Náquira, Jorge Mendez.  Chagas Disease: An Impediment in Achieving the Millennium Development Goals in Latin America.  *BMC Int Health Hum Rights* 2007; 7:7.

**107.** Von A, Zaragoza E, Jones D, Rodriguez-Morales A, **Franco-Paredes C**.  New Insights into Chagas Disease: A Neglected Disease in Latin America.  *J Infect Developing Countries* 2007; 1:99-111.

**108.** Tellez I, **Franco-Paredes** C, Caliendo A, Del Rio C.  Rapid HIV Test: A Primer for Clinicians*.  Infect Med* 2007; 24:381-385.

**109. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW.  Cardiac Manifestations of Parasitic Diseases Part 1.  General Aspects and Immunopathogenesis.  *Clin Cardiol* 2007; 30:195-199.

**110. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW. Cardiac Manifestations of Parasitic Diseases Part 2. Myocardial Manifestations of Parasitic Diseases. *Clin Cardiol* 2007; 30:218-222.

**111. Franco-Paredes C**, Rouphael N, Rodríguez-Morales A, Folch E, Mendez N, Hurst JW. Cardiac Manifestations of Parasitic Diseases Part 3.  Pericardial Manifestations of Parasitic Diseases and Other Cardiopulmonary Manifestations.  *Clin Cardiol* 2007; 30:277-280.

**112.** Rouphael N, Talati N, **Franco-Paredes C**. A Painful Thorn in the Foot: Eumycetoma.  *Am J Med Sci* 2007; 334:142-144.

**113.** Zimmer S, **Franco-Paredes C**. Efficacy of Nitazoxanide in the Treatment of *Cyclospora cayetanensis* in a Patient Allergic to Sulfas. *Clin Infect Dis* 2007; 44(3):466-7.

**114.** Kaplan R, Rebolledo P, Gonzalez E, **Franco-Paredes C**. An Unexpected Visitor: *Mycobacterium kansasii* Cutaneous Infection. *Am J Med* 2007; 120(5):415-6.

**115.** Seybold U, Blumberg H, Talati N, **Franco-Paredes C**. Hematogenous Osteomyelitis Mimicking Osteosarcoma due to Community Associated Methicillin-Resistant *Staphylococcus aureus*. *Infect* 2007; 35(3): 190-3.

**116.** Liff D, Kraft C, Pohlel K, Sperling L, Chen E, **Franco-Paredes C**. *Nocardia Nova* Aortitis Following Coronary Artery Bypass Surgery. *J Am Soc Echo* 2007; 20(5):537:e7-8.

**117.** Rodriguez-Morales AJ, **Franco-Paredes C**. Paracoccidiodomycosis (South American Blastomycosis) of the Larynx Mimicking Carcinoma.  *Am J Med Sci* 2008; 335:149-150.

**118. Franco-Paredes C**.  Filariasis due *Loa loa* is also a cause of Angioedema.  *Am J Med* 2008; 121(10): e29.

**119.** Rodriguez-Morales A, Benitez J, Tellez I, **Franco-Paredes C**.  Chagas Disease Screening among Latin American Immigrants in Non-endemic Settings.  *Travel Medicine and Infectious Disease* 2008; 6:162-3.

**120.** Talati N, Rouphael N, Kuppali K, **Franco-Paredes C**.  Spectrum of Central Nervous System Manifestations due to Rapidly Growing *Mycobacteria*.  *Lancet Infect Dis* 2008; 8:390-8.

Carlos Franco-Paredes, MD, MPH

**121.** Rifakis P, Rodríguez-Morales A, **Franco-Paredes C**.  Atypical *Plasmodium vivax* Malaria in a Traveler: Bilateral hydronephrosis, Severe Thrombocytopenia, and Hypotension. *J Trav Med* 2008; 15(2): 119-21.

**122.** Osorio-Pinzon J, Carvajal C, Sussman O, Buitrago R, **Franco-Paredes C**.  Acute liver failure due to dengue virus infection.  *Int J Infect Dis* 2008; 12: 444-445.

**123**. Jacob J, **Franco-Paredes C**.  The Stigmatization of leprosy in India and its Impact on future approaches to elimination and control.  *PloS Neglected Tropical Diseases* 2008; 30:e113.

**124.** Difrancesco L, Mora L, Doss M, Small J, Williams M, **Franco-Paredes C**.  Short of Breath: Not short of diagnosis.  *J Hosp Med* 2009; 4(1):60-7.

**125.** Whitaker JA, Edupuganti S, Del Rio C, **Franco-Paredes C**.  Rethinking Typhoid Fever Vaccines: Implications for travelers and those living in endemic areas.  *J Travel Med* 2009, 16(1): 46-52.

**126. Franco-Paredes C**, Hidron A, Lesesne J, Tellez I, Del Rio C.  HIV-AIDS: Pretravel recommendations and health-related risks.  *Topics in HIV* 2009; 17(1): 2-11.

**127. Franco-Paredes C**, Jacob JT, Stryjewska B, Yoder L. Two patients with leprosy and the sudden appearance of Inflammation in the skin and new sensory loss. *PLoS Negl Trop Dis* 2009; 3(9): e425.

**128. Franco-Paredes C**, Hidron A, Jacob J, Nicolls D, Kuhar D, Caliendo A.  Transplantation and Tropical Infectious Diseases.  *Int J Infect Dis* 2009; 14(3): e189-96.

**129.** Parker S, Vogenthaler N, **Franco-Paredes C**. *Leishmania tropica* Cutaneous and Presumptive Concomitant Viscerotropic Leishmaniasis with Prolonged Incubation. *Arch Dermatol* 2009; 145(9): 1023-6.

**130.** DiazGranados C, **Franco-Paredes C**. HIV and Chagas Disease Co-Infection: An Evolving Epidemiologic and Clinical Association. *Lancet Infect Dis* 2009; 9:324-330.

**131.** Hidron A, **Franco-Paredes C**, Drenkard C. A rare opportunistic infection in a woman with systemic lupus erythematous and multiple skin lesions.  *Lupus* 2009; 18 (12): 1100-3.

**132. Franco-Paredes C,** Kozarsky P. The Bottom Line. *Am J Med* 2009; 122(12): 1067-8.

**133. Franco-Paredes C**, Bottazzi ME, Hotez PJ. The Unfinished Agenda of Chagas Disease Control in the Era of Globalization. *PLoS Negl Trop Dis.* 2009 Jul 7; 3(7): e470.

**134. Franco-Paredes C,** Carrasco P, Del Rio C, Santos Preciado JI. Respuesta al Brote de Influenza A H1N1. *Salud Publ Mex* 2009; 51 (3): 183-186.

**135. Franco-Paredes C.** An Unusual Clinical Presentation of Posttraumatic Stress Disorder in a Sudanese Refugee. *Journal of Immigrant and Minority Health* 2009; 12(2): 267-9.

**136.** Kempker R, DiFrancesco L, Gorgojo A, **Franco-Paredes C**. Xantogranulomathous pyelonephritis caused by Community-Associated MRSA. *Cases Journal* 2009; 2: 7437.

**137. Franco-Paredes C**, Carrasco P, Santos-Preciado JI. The First Influenza Pandemic in the New Millennium: Lessons Learned Hitherto for Current Control Efforts and Overall Pandemic Preparedness. *Journal of Immune Based Therapies and Vaccines* 2009, 7:2.

**138.** Livorsi D, Qureshi S, Howard M, **Franco-Paredes C**. Brainstem Encephalitis: An Unusual Presentation of Herpes Simplex Virus Infection. *J Neurol* 2010; 257(9): 1432-7.

**139.** Del Rio C, **Franco-Paredes C**. The Perennial threat of influenza viruses: The Mexican Experience during the Influenza A (H1N1) 2009 Pandemic. *Arch Med Res* 2010; 40(8):641-2.

Carlos Franco-Paredes, MD, MPH

**140.** Santos-Preciado JI, **Franco-Paredes C**, Hernandez-Ramos MI, Tellez I, Del Rio C, Roberto Tapia-Conyer R. What have we learned from the Novel Influenza A (H1N1) Influenza Pandemic in 2009 for strengthening Pandemic Influenza Preparedness? *Arch Med Res* 2010; 40(8): 673-6.

**141. Franco-Paredes C**, Hernandez-Ramos MI, Del Rio C, Alexander KT, Tapia-Conyer R, Santos-Preciado JI. H1N1 Influenza Pandemics: Comparing the Events of 2009 in Mexico with those of 1976, and 1918-1919. *Arch Med Res* 2010; 40(8): 6730-6.

**142.** Graham A, Furlong S, Owusu K, Margoles L, **Franco-Paredes C.** Clinical Management of Leprosy Reactions. *Infect Dis Clin Pract* 2010; 18: 234-7.

**143.** Hidron A, Vogenthaler N, Santos-Preciado JI, Rodriguez-Morales AJ, **Franco-Paredes C,** Rassi A. Cardiac Involvement with Parasitic Diseases. *Clin Microb Rev* 2010; 23 (2): 1-27.

**144. Franco-Paredes C**, Zeuli J, Hernandez-Ramos I, Santos-Preciado JI. Preserving Idealism in Global Health. *Global Health Prom* 2010; 17(4): 57-60.

**145. Franco-Paredes C**.  Reconstructing the Past of Poliovirus Eradication. *Lancet Infect Dis* 2010; 10(10): 660-1.

**146. Franco-Paredes C,** Ko AI, Aksoy S, Hotez PJ. A New Clinical Section in PLoS Neglected Tropical Diseases: NTD Photo Quiz. *PLoS Neglect Trop Dis* 2010; 4(9): e760.

**147.** Tellez I, **Franco-Paredes** C. Actinomycetoma. *PLoS Neglect Trop Dis* 2010; 4(9): e772.

**148. Franco-Paredes C**, Hernandez I, Santos-Preciado JI. Equidad en inmunizaciones en las poblaciones más vulnerables en Mesoamérica: Plan Regional del Sistema Mesoamericano de Salud Pública. *Salud Publ. Mex* 2011; 53 Suppl 3:S323-32.

**149.** Santos-Preciado JI, Rodriguez MH, **Franco-Paredes C**. Equidad en Salud en America Latina: De la Oficina Panamericana de Salud Pública a la Iniciativa de Salud Pública. *Salud Publ. Mex* 2011; 53 Suppl 3:S289-94.

**150.** Rassi A Jr., Rassi A, **Franco-Paredes C.** A Latin-American woman with palpitations, a right bundle branch block, and an apical aneurysm. *PLoS Neglect Trop Dis* 2011; 5(2):e852. doi: 10.1371/journal.pntd.0000852.

**151.** Gupta D, Green J, **Franco-Paredes C**, Lerakis S. Challenges in the Clinical Management of Blood-Culture Negative Endocarditis: the case of *Bartonella henselae* infection. *Am J Med* 2011; 124(3):e1-2. doi: 10.1016/j.amjmed.2010.09.022.

**152. Franco-Paredes C**.  Health Equity is not only Healthcare Delivery. *Lancet* 2011; 377: 1238.

**153. Franco-Paredes C,** Santos-Preciado JI. Freedom, Justice, and the Neglected Tropical Diseases. *PLoS Neglect Trop Dis* 2011; 5(8):e1235.

**154.** Sellers B, Hall P, Cine-Gowdie S, Hays AL, Patel K, Lockhart SR, **Franco-Paredes C**. *Cryptococcus gattii:* An Emerging Fungal Pathogen in the Southeastern United States. *Am J Med Sci*. 2012; 343(6):510-1. doi: 10.1097/MAJ.0b013e3182464bc7.

**155. Franco-Paredes C**. Poliovirus eradication.  *Lancet Infect Dis* 2012; 12(6):432-3. doi: 10.1016/S1473-3099(12)70102-0.

**156. Franco-Paredes C**, Ray S. Causes of persistent of acid-fast positive smears in patients with pulmonary tuberculosis. *Am J Med 2012*; 125(12):e3-4. doi: 10.1016/j.amjmed.2012.03.002.

Carlos Franco-Paredes, MD, MPH

**157. Franco-Paredes C**. Causes of persistent of acid-fast positive smears in patients with pulmonary tuberculosis. *Am J Med* 2013: 126(7):e17. doi: 10.1016/j.amjmed.2013.03.001.

**158. Franco-Paredes C.** Illness and Death in the Universe. *Perm J*. 2013; 17(4):90-1.

**159.** Hare A, **Franco-Paredes C.** Ocular Larva Migrans: A Severe Manifestation of an Unseen Epidemic. *Curr Trop Med Rep* 2014; 1: 69-73.

**160. Franco-Paredes C**. Recovering our Human Story. *J Cosmology and Philosophy* 2014;12: 210-213.

**161.** Powell DR, Patel S, **Franco-Paredes C**. Varicella-Zoster virus vasculopathy: The growing association between herpes zoster virus and strokes. *Am J Med Sci* 2014; 350(3):243-5.

**162. Franco-Paredes C**. The growing threat of leishmaniasis in travelers. *Trav Med Infect Dis* 2014; 12(6 Pt A):559-60. doi: 10.1016/j.tmaid.2014.10.020.

**163. Franco-Paredes C**, Sellers B, Hayes A, Chane T, Patel K, Lockhart S, Marr K. Management of *Cryptococcus gattii* meningoencephalitis. *Lancet Infect Dis* 2014; 15(3):348-55.

**164.** White C, **Franco-Paredes C.** Leprosy in the 21st Century. *Clin Microb Rev* 2014; 28(1): 80-94.

**165.** Carrasco P, **Franco-Paredes C**, Andrus J, Waller K, Maassen A, Symenouh E, Hafalia G. Inaugural conference of the International Association of Immunization Managers (IAIM), Istanbul Turkey, 3-4 March 2015; *Vaccine* 2015; 33(33):4047-50.

**166. Franco-Paredes C**, Rodriguez-Morales AJ. Unsolved matters in leprosy: a descriptive review and call for further research. *Ann Clin Microbiol Antimicrob* 2016; 15(1):33.

**167.** Rodriguez-Morales AJ, Banderia AC, **Franco-Paredes C**. The expanding spectrum of modes of transmission of Zika virus: a global concern. *Ann Clin Microbiol Antimicrob* 2016; 15:13. doi: **10.1186/s12941-016-0128-2.**

**168.** Khan MI, Katrinak C, Freeman A, **Franco-Paredes C**. Enteric Fever and Invasive Nontyphidal Salmonellosis – 9th International Conference on typhoid and Invasive NTS Disease, Bali, Indonesia, April 30-May 3, 2015. *Emerg Infect Dis 2016*; 22(4): doi: 10.3201/eid2204.151463.

**169. Franco-Paredes C,** Khan MI, Santos-Preciado JI, Gonzalez-Diaz E, Rodriguez-Morales AJ, Gotuzzo E. Enteric Fever: A Slow Reponse to An Old Plague. *PLoS Negl Trop Dis* 2016; 10(5):e0004597. doi: 10.1371/journal.pntd.0004597.

**170.** Rodriguez-Morales AJ, Villamil-Gomez WE, **Franco-Paredes C**. The arboviral burden of disease caused by co-circulation and co-infection of dengue, chikungunya and Zika in the Americas. *Trav Med Infect* Dis 2016; 14(3):177-9. doi: 10.1016/j.tmaid.2016.05.004.

**171.** Alvarado-Socarras JL, Ocampo-Gonzalez M, Vargas Soler JA, Rodriguez-Morales AJ, **Franco-Paredes C**. Congenital and neonatal Chikungunya in Colombia. *J Pediatric Infect Dis Soc*. 2016;5(3): e17-20.

**172. Franco-Paredes C**, Chastain DB, Ezigbo C, Callins KR. Reducing transmission of HIV in the Southeastern U.S. *Lancet HIV* 2017; 4(3):e101-e102.

**173. Franco-Paredes C**, Chastain D, Marcos LA, Rodriguez-Morales AJ. Cryptococcal meningoencephalitis in AIDS:  When to start antiretroviral therapy? *Ann Clin Microbiol Antimicrob* 2017*;* 16:9.

**174.** Khan MI, **Franco-Paredes C**, Ochiai RL, Mogasale V, Sushant S. Barriers to typhoid fever vaccine access in endemic countries. *Research and Reports in Tropical Medicine*; 2017; 8:37-44.

Carlos Franco-Paredes, MD, MPH

**175. Franco-Paredes C**, Chastain D, Taylor P, Stocking S, Sellers B. Boar hunting and brucellosis caused by *Brucella suis*. *Trav Med Infect Dis* 2017; S1477-8939(17): 30037-6.

**176.** Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. Cryptococcal Antigen Negative Cryptococcal Meningoencephalitis. *Diagn Microbiol Infect Dis* 2017; 89(2): 143-145.

**177.** Chastain DB, Henao-Martinez A, **Franco-Paredes C**. Opportunistic invasive fungal infections in HIV/AIDS: Cryptococcosis, Histoplasmosis, Coccidioidomycosis and Talaromycosis. *Current Infect Dis Rep* 2017; 19(10): 36.

**178.** Chastain DB, Kayla Stover, **Franco-Paredes C**.  Adressing Antiretroviral Therapy-Associated Drug-Drug Interactions in Patients Requiring Treatment for Opportunistic Infections in Low-Income and Resource-Limited Settings.  *J Clin Pharmacol* 2017; 57(11):1387-1399.

**179. Franco-Paredes C**. The Harmony of Disequilibrium. *Permanente J*. 2017; 22. doi: 10.712/TPP/17-067.

**180. Franco-Paredes C**, Henao-Martinez A, Chastain DB. A 27-year-old male with blurry vision, oral and nasal mucosal lesions, and a skin rash. *Clin Infect Dis* 2018;

**181.** Henao-Martinez AF, Olague N, **Franco-Paredes C**. Spontaneous *Mycobacterium bolletti* skin abscesses —an under recognized zoonosis from raw bovine milk. *Trav Med Infect Dis* 2018 Jan 29. pii: S1477-8939(18)30003-6. doi: 10.1016/j.tmaid.2018.01.003. PMID: 29477362.

**182. Franco-Paredes C**, Henao-Martinez AF, Mathur S, Villamil-Gomez W. A Man Who Harvest Peanuts with Verrucous Lesions in his Right Index Finger. *Am J Med Sci* 2018; Mar; 355(3):e7. doi: 10.1016/j.amjms.2017.11.010. Epub 2017 Nov 22. No abstract available. PMID: 2954993

**183.** Henao-Martinez AF, **Franco-Paredes C**, Palestine A, Montoya G. Symptomatic acute toxoplasmosis in returning travelers.  *Open Forum Infect Dis* 2018;5(4):ofy058. doi: 10.1093/ofid/ofy058. eCollection 2018 Apr. PMID: 29644250.

**184.** Steele GM, **Franco-Paredes C**, Chastain DB. Non-infectious causes of fever in adults. *Nurse Pract* 2018Apr 19; 43(4):38-44. doi: 10.1097/01.NPR.0000531067.65817.7d.

**185.** Henao-Martinez AF, Chastain DB, **Franco-Paredes C**, Treatment of cryptococcosis in non-HIV immunocompromised patients. *Curr Opin Infect Dis* 2018; PMID 29738314.

**186.** Chastain DB, Sam JI, Steele GM, Lowder LO, **Franco-Paredes C**. Expanding Spectrum of *Toxoplasmosis gondii*:  Thymoma and Toxoplasmic encephalitis. *Open Forum Infect Dis* 2018; Jul 7;5(7):ofy163. doi: 10.1093/ofid/ofy163. eCollection 2018 Jul..

**187.** Bruner KT, Chastain DB, Henao-Martinez AF, **Franco-Paredes C**. *Cryptococcus gattii* complex infections in HIV-infected patients, Southeastern United States. *Emerg Infect Dis* 2018; 24(11): 1998-2002.

**189.** José A. Suárez, Lolimar Carreño, Alberto E. Paniz-Mondolfi, Francisco J. Marco-Canosa, Héctor Freilij, Jorge A. Riera, Alejandro Risquez, Andrea G. Rodriguez-Morales, Evimar Hernández-Rincón, Jorge Alvarado-Socarras, Gustavo Contreras, Maritza Cabrera, Rosa M. Navas, Fredi Díaz-Quijano, Tamara Rosales, Rosa A. Barbella-Aponte, Wilmer E. Villamil-Gómez, Marietta Díaz, Yenddy Carrero, Anishmenia Pineda, Nereida Valero-Cedeño, Cesar Cuadra-Sánchez, Yohama Caraballo-Arias, Belkis J. Menoni-Blanco, Giovanni Provenza, Jesús E. Robles, María Triolo-Mieses, Eduardo Savio-Larriera, Sergio

Carlos Franco-Paredes, MD, MPH

Cimerman, Ricardo J. Bello, **Carlos Franco-Paredes**, Juliana Buitrago, Marlen Martinez-Gutierrez, Julio Maquera-Afaray, Marco A. Solarte-Portilla, Sebastián Hernández-Botero, Krisell Contreras, Jaime A. Cardona-Ospina, D. Katterine Bonilla-Aldana, Alfonso J. Rodriguez-Morales. Infectious Diseases, Social, Economic and Political Crises, Anthropogenic Disasters and Beyond: Venezuela 2019-Implications for public health and travel medicine. *Rev Panam Enf Inf* 2018; 1(2):73-93.

**190.** Gharamati A, Rao A, Pecen PE, Henao-Martinez AF, **Franco-Paredes C**, Montoya JG. Acute Disseminated Toxoplasmosis with Encephalitis. *Open Forum Infect* Dis 2018; Oct 17; 5 (11):ofy259. doi: 10.1093/ofid/ofy259.

**191. Franco-Paredes C**, Rodriguez-Morales AJ, Luis A. Marcos, Henao-Martinez AF, Villamil-Gomez WE, Gotuzzo E, Bonifaz A. Cutaneous Mycobacterial Diseases. *Clin Microb Rev* 2018; 14; 32(1). pii: e00069-18. doi: 10.1128/CMR.00069-18.

**192.** Henao-Martínes AF, Pinto N, Henao San Martin V,  **Franco-Paredes C**, Gharamati A. Successful Treatment of Gonococcal Osteomyelitis with One Week of Intravenous Antibiotic Therapy. *Int J STDs HIV* 2019;

**193.** Reno E, Foster G, **Franco-Paredes C**, Henao-Martinez AF. Fatal fulminant hepatitis A in a US traveler returning from Peru. *J Trav Med* 2019.

**194.** Canfield G, C, Mann S, Zimmer S, Franco-Paredes C. A 31-Year-Old Micronesian Man with Shoulder Fungating Mass. *Clin Infect Dis* 2019;

**195.** Parra-Henao G, Oliveros H, Hotez PJ, Motoa G, **Franco-Paredes C**, Henao-Martínez AF. In Search of Congenital Chagas Disease in the Sierra Nevada de Santa Marta, Colombia. *Am J Trop Med Hyg*. 2019;101(3):482-483. doi: 10.4269/ajtmh.19-0110. PMID: 31264558.

**196.** Bonilla-Aldana DK, Suárez JA, **Franco-Paredes C**, Vilcarromero S, Mattar S, Gómez-Marín JE, Villamil-Gómez WE, Ruíz-Sáenz J, Cardona-Ospina JA, Idarraga-Bedoya SE, García-Bustos JJ, Jimenez-Posada EV, Rodríguez-Morales AJ. Brazil burning! What is the potential impact of the Amazon wildfires on vector-borne and zoonotic emerging diseases? - A statement from an international experts meeting. *Travel Med Infect Dis*. 2019:101474. doi: 10.1016/j.tmaid.2019.101474.

**197.** Henao-Martinez AF, Archuleta S, Vargas D, **Franco-Paredes C**. A Latin American patient with a left ventricular pseudoaneurysm presenting with progressive dyspnea and palpitations. *Am J Med* 2019; doi: 10.1016/j.amjmed.2019.10.006

**198.** Canfield GS, Henao-Martinez AF, **Franco-Paredes C**, Zhelnin K, Wyles D, Gardner EM. Corticosteroids for post-transplant Immune reconstitution syndrome in *Cryptococcus gattii* Meningoencephalitis: Case report and literature review. *Open Forum Infect Dis* 2019; 6(11): ofz460. Doi: 10.1093/ofid/ofz460. PMID: 31737740.

**199.** Kon S, Hawkins K, **Franco-Paredes C**. Intramedullary Spinal Cord Lesions in an Immunocompromised Host due to *Mycobacterium Haemophilum*. *ID Cases* 2019;

**200. Franco-Paredes C**, Rodriguez-Morales AJ, Henao-Rodriguez AJ, Carrasco P, Santos-Preciado JI. Vaccination Strategies to prevent paralytic poliomielitis due to cVDPV2. *Lancet Infect Dis* 2019;

Carlos Franco-Paredes, MD, MPH

**201**. Motoa G, Pate A, **Franco-Paredes C**, Chastain D, Henao-Martinez Aj, Hojat L. Use of procalcitonin to guide discontinuation of antimicrobial therapy in patients with persistent intra-abdominal collections: A case series. *Case Rep Infect Dis* 2019;

**202**. Murillo-Garcia D, Galindo J, Pinto N, Motoa G Benamu E, **Franco-Paredes C**, Chastain D, Henao-Martinez AF. Anaerobic bacteremias in left ventricular assist devices and advanced heart failure. *Case Rep Infect Dis* 2019;

**204**. **Franco-Paredes, C**, Villamil-Gómez Wilmer E., Schultz, J, Henao-Martínez AF, Parra-Henao, G, Rassi Jr. A, Rodriguez-Morales AJ, Suarez JA. A Deadly Feast: Elucidating the Burden of Orally Acquired Acute Chagas Disease in Latin America - Public Health and Travel Medicine Importance. *Trav Med Infect Dis* 2020;

**205**. Reno E, Quan N, **Franco-Paredes C**, Chastain DB, Chauhan L, Rodriguez-Morales AJ, Henao-Martinez A. Prevention of Yellow Fever in Travelers: An Update. *Lancet Infect Dis* 2020;

**206. Franco-Paredes C**, Griselda Montes de Oca Sanchez, Cassandra White. Global Leprosy Status 2020: Still Losing Touch. *Ann Acad Med Singapore* 2020;

**207.** Rodriguez-Morales AJ, Gallego V, Escalera-Antezana JP, Mendez CA, Zambrano LI, **Franco-Paredes C**, Suarez JA, Rodriguez-Enciso HD, Balbin-Ramon GH, Savio-Larriera E, Risquez A, Cimerman S. COVID-19 in Latin America: The implications of the first confirmed case in Brazil. *Travel Med Infect Dis* 2020; doi: 10.1016/j.tmaid.2020.101613.

**208.** Rodríguez-Morales AJ, Cardona-Ospina JA, Gutiérrez-Ocampo E, Villamizar-Peña R, Holguin-Rivera Y, Escalera-Antezana JP, Alvarado-Arnez LE, Bonilla-Aldana DK, **Franco-Paredes C**, Henao-Martinez AF, Paniz-Mondolfi A, Lagos-Grisales GJ, Ramírez-Vallejo E, Suárez JA, Zambrano LI, Villamil-Gómez WE, Balbin-Ramon GJ, Rabaan AA, Harapan H, Dhama K, Nishiura H, Kataoka H, Ahmad T, Sah R, On behalf of the Latin American Network of Coronavirus Disease 2019-COVID-19 Research (LANCOVID-19) (www.lancovid.org). Clinical, Laboratory and Imaging Features of COVID-19: A systematic review and meta-analysis. *Travel Med Infect Dis* 2020;

**209.** Meyer J, **Franco-Paredes C**, Yaizal F, Gartland M, Parmar P. COVID-19 and the Coming Plague in U.S. Immigration Detention Centers. *Lancet Infect Dis* 2020;

**210.** Basco SA, Steele GM, Henao-Martinez AF, **Franco-Paredes C**, Chastain DB. Unexpected etiology of a pleural empyema in a patient with chronic lymphocytic leukemia (CLLL): *Capnocytophaga ochracea*. *ID Cases* 2020: Mar 20;20:e00747. doi: 10.1016/j.idcr.2020.e00747. eCollection 2020.

**211. Franco-Paredes C**. Albert Camus' 'The COVID-19 Plague" Revisited. *Clin Infect Dis* 2020 Apr 17. pii: ciaa454. doi: 10.1093/cid/ciaa454.PMID: 32301966.

**212.** Pritchett MA, Oberg CL, Belanger A, De Cardenas J, Cheng G, Cumbo Nacheli G, **Franco-Paredes C**, Singh J, Toth J, Zgoda M, Folch E. Society for Advanced Bronchoscopy Consensus Statement and Guidelines for bronchoscopy and airway management aid the COVID-19 pandemic. *J Thorac Dis* 2020 | http://dx.doi.org/10.21037/jtd.2020.04.32.

**213.** Reno E, Quan NG, **Franco-Paredes C**, Chastain DB, Chauhan L, Rodriguez-Morales AJ, Henao-Martínez AF. Prevention of yellow fever in travellers: an update. *Lancet Infect Dis*. 2020 May 7. pii: S1473-3099(20)30170-5. doi: 10.1016/S1473-3099(20)30170-5. PMID: 32386609.

Carlos Franco-Paredes, MD, MPH

**214.** Mann S, Phupitakphol T, Davis B, Newman S, Suarez JA, Henao-Martínez A, **Franco-Paredes C**. Cutaneous Leishmaniasis due to *Leishmania (Viannia) panamensis* in Two Travelers Successfully Treated with Miltefosine. *Am J Trop Med Hyg*. 2020 Apr 20. doi: 10.4269/ajtmh.20-0086. [Epub ahead of print]. PMID: 32314693.

**215.** Meyer JP, **Franco-Paredes C**, Parmar P, Yasin F, Gartland M. COVID-19 and the coming epidemic in US immigration detention centres. *Lancet Infect Dis*. 2020 Apr 15. pii: S1473-3099(20)30295-4. doi: 10.1016/S1473-3099(20)30295-4. [Epub ahead of print] No abstract available.PMID: 32304631.

**217. Franco-Paredes C**. Albert Camus' 'The COVID-19 Plague' Revisited. *Clin Infect Dis*. 2020 Apr 17. pii: ciaa454. doi: 10.1093/cid/ciaa454. [Epub ahead of print] No abstract available. PMID: 32301966.

**217.** Solis J, **Franco-Paredes C**, Henao-Martínez AF, Krsak M, Zimmer SM. Structural Vulnerability in the United States Revealed in Three Waves of Novel Coronavirus Disease (COVID-19). *Am J Trop Med Hyg.* 2020 May 7. doi: 10.4269/ajtmh.20-0391. PMID: 32383432.

**218.** Krsak M, Henao-Martinez AF, **Franco-Paredes C.** Broader COVID-19 Testing in Correctional Facilities. *N Engl J Med* 2020;

**219.** Canfield G, Schultz J, Windham S, Scherger S, Henao-Martinez AF, **Franco-Paredes C**, Shapiro L, Chastain D, Wand T, Krsak M. Empiric Therapies during the COVID-2019 Pandemic: Destined to Fail by Ignoring the Lessons of History. *J Hosp Med* 2020;

**220.** Jankousky K, Henao-Martinez AF, **Franco-Paredes C**, Shapiro L. Preventing SARS-CoV-2 Infection by Blockage of tissue serine proteases. *Ther Adv Infectious Dis* 2020;

**221.** Bonfiglio J, Rosal K, **Franco-Paredes C**, Poeschla E, Henao-Martinez AJ, Dunlevy H, Haas M, Moo-Young J, Seefeldt T, Young J. The Long Journey inside Immigration Detention Centers in the U.S. *J Travel Med* 2020;

**222. Franco-Paredes C**, Henao-Martinez AJ, Rodriguez-Morales AJ,  Chauhan L,  Khan MI. Current challenges to achieving a polio free world. *Ann Acad Med Singapore* 2020;

**BOOK CHAPTERS:**
**Franco-Paredes C,** Albrecht H. Anisakiasis (2007). In: Antimicrobial Therapy and Vaccines; Volume I: Microbes (www.antimicrobe.org), Yu VL, et al. (Ed). ESun Technologies, Pittsburgh, PA. 2007.
**Franco-Paredes C,** Albrecht H. Visceral Larva Migrans (2007). In: Antimicrobial Therapy and Vaccines; Volume I: Microbes (www.antimicrobe.org), Yu VL, et al. (Ed). ESun Technologies, Pittsburgh, PA. 2007.
**Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Kozarsky P, Arguin P, Reed C. Yellow Book: Health Information for Travelers 2007-2008, Centers for Disease Control and Prevention, Elsevier Ltd.
**Franco-Paredes C**.  The Post-travel Period. In: Eds: Kozarsky P, Arguin P, Reed C. Yellow Book: Health Information for Travelers 2007-2008, Centers for Disease Control and Prevention, Elsevier Ltd.
Hidron A, **Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

Carlos Franco-Paredes, MD, MPH

**Franco-Paredes C**.  General Approach to the Returned Traveler. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**.  Asymptomatic Screening of the Returned Traveler. In: Eds: Brunnete GW, Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2009-2010, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**, Santos-Preciado JI.  Introduction of Antimicrobial Agents in Poor-Resource Countries: Impact on the Emergence of Resistance. In: Antimicrobial Resistance in Developing Countries. Ed. Byarugaba DK, Sosa A. Springer Science & Business Media, 2010.

Hidron A, **Franco-Paredes C**.  American Trypanosomiasis. Chagas'Disease. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012. Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C,** Hochberg N.  General Approach to the Returned Traveler. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012, Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C**.  Asymptomatic Screening of the Returned Traveler. In: Eds: Kozarksy P, Magill A, Shlim D. Yellow Book: Health Information for Travelers 2011-2012, Centers for Disease Control and Prevention, Elsevier Ltd, 2009. ISBN: 978-0-7020-3481-7.

Hochberg N, **Franco-Paredes C**. Emerging Infections in Mobile Populations. In: Emerging Infections 9. Ed. Scheld WM, Grayson ML, Hughes JM. American Society of Microbiology Press 2010. ISBN. 978-1-55581-525-7.

**Franco-Paredes C**, Chagas Disease (American Trypanosomiasis). In:  Farrar J, Hotez P, Junghanss T, Kang G, Lalloo D, White NJ. Manson's Tropical Medicine 23rd Edition, Elsevier, London, U.K., 2014.

**Franco-Paredes C, Keystone J.** Fever in the Returned Traveler**.** In: Empiric, Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2014.

**Franco-Paredes C**. *Mycobacterium leprae* (Leprosy). In: Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2015

**Franco-Paredes C**, Albrecht H. Anisikasis In: Antimicrobial Therapy and Vaccines (www.antimicrobe.org). Yu VL, et al (Ed).  ESun Technologies, Pittsburgh, PA, 2015.

**Franco-Paredes C.** Illness and Death in the Universe. In: Narrative Medicine
Anthology.  Ed: Tom Janisse. The Permanente Press, Oakland, California, Portland Oregon, 2016, pp. 23-25. ISBN: 978-0-9770463-4-8.

Villamil-Gomez W, Reyes-Escalante M, **Franco-Paredes C.** Severe and complicated malaria due to *Plasmodium vivax*. In: Current Topics in Malaria. Ed: Rodriguez-Morales AJ. ISBN 978-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-1, Print ISBN 978-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-5.  InTechOpen 2016.

**Franco-Paredes C.** Mycobacterial Infections of the Central Nervous System. In:  The Microbiology of the Central Nervous System Infections. Ed. Kon K, Rai M. Elsevier 2018. ISBN 978-0-12-813806-9

**Franco-Paredes C**.  Leprosy. In: Neglected Tropical Diseases. Drug Discovery and Development. Ed: Swinney D, Pollastri. Wiley-VCH Verlag GmbH & Co. KGaA, 2019.

**Franco-Paredes C,** Henao-Martinez AJ. Legal Perspectives in Travel Medicine. In: Eds: Kozarksy P, Weinberg M. Yellow Book: Health Information for Travelers 2019-2020, Centers for Disease Control and Prevention, Elsevier Ltd, 2011. ISBN: 978-0-7020-3481-7.

**Franco-Paredes C.** Prevención de la transmisión. **In:** Guerrero MI, Hernández CA y Rodríguez G Editores La lepra: una enfermedad vigente. Centro Dermatológico Federico Lleras Acosta Bogotá DC, Colombia. Panamericana Formas e Impresos. 2019. **p. 309-322.**

Carlos Franco-Paredes, MD, MPH

**Published Abstracts in Peer-Reviewed Journals:**
Kleinschmidt-DeMasters B, Hawkins K, **Franco-Paredes C**. Non-tubercular mycobacterial spinal cord abscesses in an HIV plus male due *M. haemophilum*. J *Neuropathol Experim Neurol* 2018; 77(6): 532.
Pate A, **Franco-Paredes C**, Henao-Martinez A. Cryptococcal meningitis: A comparison of clinical features and outcomes by HIV Status. *Open Forum Infect Dis* 2019; Oct 6 (Suppl 2): S629-S630. PMC6809090.

**FORMAL TEACHING**
**Medical Student Teaching**

| | |
|---|---|
| 2001 - 2002 | Clinical Methods, Emory University School of Medicine |
| 2001 - 2002 | Clinical Instructor Harvey Cardiology Course, Emory University School of Medicine |
| 2001 - 2002 | Problem-Based Learning for Second year Medical Students, EUSM |
| 2005-2011 | Clinical Methods Preceptor, ECLH |
| 2006-2008 | Medical Spanish - Instructor for M2, EUSM |
| 2006-2007 | Directed Study on Social Determinants of Infectious Diseases for M2 students (Lindsay Margolis and Jean Bendik), EUSM |
| 2007-2011 | Instructor - Global Health for M2 Students, EUSM |
| 2007-2008 | Presentation-Case Discussion – Social Determinants of Diseases – Coordinated by Dr. Bill Eley –  Emory School of Medicine New Curriculum. |
| 2018- | Small Group: Parasitic Diseases, Microbiology Course for First Year Medical Students, University of Colorado, Anschutz Medical Center. |
| 2019- | MS-2 Small group discussion Microbiology, University of Colorado, Anschutz Medical Center: Parasitic Diseases, CNS Infections, Septic Arthritis-Cat Bite |
| 2019- | Class Global Health and Underserved Populations of the New SOM CU Curriculum. Course Co-Director. Pilot Class (Jan 6-Jan 17, 2020). |
| 2020- | MS-2 Small group discussion Microbiology, University of Colorado, Anschutz Medical Center: Parasitic Diseases, CNS Infections, Septic Arthritis-Cat Bite |

**Graduate Program**
**Training programs**

| | |
|---|---|
| 2006-2011 | Professor - GH511 (Global Health 511) International Infectious Diseases Prevention and Control, Rollins School of Public Health |
| 2009-2011 | Professor – GH500 D – Key Issues in Global Health, Career MPH Program |
| 2006-2011 | Thesis Advisor to students Global Health Track – Hubert Department of Global Health, Rollins School of Public Health of Emory University |
| 2008-2011 | Coordinator International Exchange between Rollins School of Public Health and National Institute of Public Health, Cuernavaca, Mexico – Supported by the Global Health Institute of Emory University |

**Residency and Fellowship Program:**

| | |
|---|---|
| 2004-2011 | Resident Report – Noon Conferences Emory Crawford Long Hospital and Grady Memorial Hospital |
| 2004-2011 | Didactic Lectures on Parasitic Diseases and Non-tuberculous mycobacterial diseases for Internal Medicine Residents and Infectious Disease Fellows |
| 2005-2008 | Coordinator Journal Club Infectious Disease Division |
| 2005-2011 | Travel Medicine Elective, Internal Medicine Residents (2 internal residents per month) |

Carlos Franco-Paredes, MD, MPH

| 2005 | Grand Rounds – EUH - Department of Medicine: "Travel Medicine" |
|------|------|
| 2006 | Grand Rounds – ECLH – Department of Medicine: "Malaria" |
| 2008 | Grand Rounds - ECLH - Department of Medicine: "Leprosy" |
| 2008-2011 | Journal Club Coordinator, Internal Medicine Residency Program – ECLH |
| 2009 | Grand Rounds - EUH – Department of Medicine: "Leprosy a Modern Perspective of an Ancient Disease" |
| 2009 | Grand Rounds – Pulmonary and Critical Care Division – Neglected Tropical Diseases of the Respiratory Tract, June 16, 2009 |
| 2017 | Grand Rounds – Leprosy, University of Colorado, Anschutz Medical Center, Division of Infectious Diseases, December 2017 |
| 2017 | Grand Rounds – Infections associated with Secondary Antiphospholid Syndrome, University of Colorado, Anschutz Medical Center, Division of Rheumatology, |
| 2018 | Didactic Session – Travel Medicine (Pretravel and Postravel) Infectious Diseases Fellowship Anschutz Medical Center, Division of Infectious Diseases |
| 2017- | Infectious Diseases Fellows Clinic, University of Colorado, Anschutz Medical Center, IDPG. |
| 2019 | Invited Speaker: Travel Medicine, Pretravel/Postravel Care, Physician Assistant Program, September 12, 2019, University of Colorado, Anschutz Medical Center |

**Other categories:**

| 2000-2002 | Physician Assistant Supervision during Fellowship/Junior Faculty, Emory University |
|------|------|
| 2004-2007 | Mentoring of four College Students to enter into Medical School (Emory, Southern University, and Dartmouth): |
| | Lindsay Margolis 2004-Emory University |
| | Michael Woodworth 2005 – Emory University |
| | Peter Manyang 2007 – Southern University |
| | Padraic Chisholm 2007 – Southern University/Emory University |
| 2009-2011 | Project Leader. Partnership – Emory Global Health Institute – University-wide - Emory Travel Well Clinic and is titled Hansen's disease in the state of Georgia: A Modern Reassessment of an Ancient Disease". http://www.globalhealth.emory.edu/fundingOpportunities/projectideas.php. Students: 5 MPH students (RN/MPH, MD/MPH) |
| 2017- | Infectious Diseases Fellowship Program, University of Colorado, Anschutz Medical Center.  Teaching activities Inpatient and outpatient (ID Fellows Weekly Clinic) |
| 2019- | Infectious Diseases Fellowship Program Director University of Colorado, Aurora Colorado |

**Supervisory Teaching:**
Ph.D. students directly supervised:
Global Health, Rollins School of Public Health - PhD Task Force Member – 2007-2009
Residency Program:
Emory University: Internal Medicine Residents and Infectious Disease Fellows Supervision – Inpatient Months – 3-4 months per year on Grady Wards. I participated in the presentation and discussion of clinical cases, and discussion of peer-reviewed journal with medical students, residents, and fellows. Overall evaluations: Outstanding Teacher. (Anna Von 2005-2006; Seth Cohen 2008, Susana Castrejon

Carlos Franco-Paredes, MD, MPH

2007; Lindsay Margoles 2007-2008; Jean Bendik 2006-2008; Meredith Holtz 2007-2008)
University of Colorado, Anschutz Medical Center (since June 2017- present). Case discussion in infectious diseases during clinical rounds inpatient services (ID Gold, ID Blue, ID Orthopedics).
2004-2009 Thesis advisor – MPH Students – Hubert Department of Global Health – Concentration Infectious Diseases: Brenda Thompson 2004; Katrina Hancy 2004; Trina Smith 2006; Melissa Furtado 2007-2008; Oidda Museru 2008-2009; Hema Datwani 2010; Ruth Moro 2010; Talia Quandelacy 2010
2015 – Class GH511, Topic: "Leprosy" as part of the International Infectious Diseases, Global Health Track, Rollins Schoolf of Public Health, Emory University, Atlanta GA
2017 – Class GH511, Topic: "Leprosy" as part of the International Infectious Diseases, Global Health Track, Rollins School of Public Health, Emory University, Atlanta GA
2019 - Project Mentorship – Diffuse lepromatous leprosy. Undergraduate Student, University of Colorado, Boulder. Mikali Ogbasselassie. Project was carried out in Collaboration with the Dermatology Center of the Hospital General de Mexico.
Poster presentation by Mikali Ogbasselassie September 22, 2019, UMBC, Baltimore, Maryland.

**Activities during the COVID-19 Pandemic targeting protecting vulnerable groups living in the US including outbreaks of COVID-19 in Jails/Prisons/ICE Detention centers/community reengagement facilities (i.e. hallway houses)**

In-person inspections in facilities with outbreaks of COVID-19 in collaboration with civil rights attorneys from ACLU and Civil Right Corps. Goal to improve conditions in jails and prisons and to promote decarcelation
Jail Inspection Weld County Jail April 10, 2020
Jail Inspection Weld County Jail April 24, 2020
Jail Inspection Oakland County, Jail, Pontiac Michigan April 23, 2020

In-person inspections in facilities with COVID-19 outbreaks –court appointed
Jail Inspection Prince George's County Jail, Maryland, May 6, 2020 (Court Appointed, Federal Judge, Paola Xinis, Maryland)
Jail Inspection Prince George's County Jail, Maryland, May 7, 2020 (Court Appointed, Federal Judge, Paola Xinis, Maryland)

Declarations- Affidavits
L.A. County Jail
West Metro Detention Center, Florida
Florence, Arizona, Prison, Arizona

Advocacy Letters:

Carlos Franco-Paredes, MD, MPH

1. Dean Williams – Executive Director of the Colorado Department of Corrections, Governor Jared Polis and correctional leaders. https://acluco-wpengine.netdna-ssl.com/wp-content/uploads/2020/03/COVID-19-Letter-C-Franco-Paredes-MD.pdf
I have kept in direct communication with Mr. Williams to provide recommendations regarding release of prisoners, testing strategies, and population management at Sterling Prison in Colorado.

2. **Letter to CDC.** https://www.drugpolicy.org/sites/default/files/cdc-letter-decarceration_0.pdf

3. Letter New Jersey Senator Melendez to Department of Homeland Security https://www.menendez.senate.gov/download/letter-dhs-ice-release-vulnerable-detainees-covid19

**Other Publications:**

**Articles in Magazines and Newspapers COVID-19**

Colorado Sun - Op-ED- COVID-19
https://coloradosun.com/2020/03/29/colorado-immigrant-detention-coronavirus-geo-opinion/Westword

Westword
https://www.westword.com/news/petition-asks-supreme-court-to-help-lower-colorado-jail-population-11680821

Reuters
https://www.reuters.com/article/us-health-coronavirus-usa-detention-insi/as-pandemic-rages-u-s-immigrants-detained-in-areas-with-few-hospitals-idUSKBN21L1E4

Mother Jones
https://www.motherjones.com/politics/2020/03/ice-is-ignoring-recommendations-to-release-immigrant-detainees-to-slow-the-spread-of-coronavirus/

Expansion
https://expansion.mx/mundo/2020/04/06/centros-de-detencion-de-migrantes-en-eu-una-bomba-de-tiempo-ante-la-pandemia.

Mother Jones
https://www.motherjones.com/politics/2020/04/a-doctor-on-ices-response-to-the-pandemic-you-could-call-it-covid-19-torture/

ACLU Colorado
https://aclu-co.org/doingmypartco/
Westword
https://www.westword.com/news/petition-asks-supreme-court-to-help-lower-colorado-jail-population-

Carlos Franco-Paredes, MD, MPH

11680821

Theappeal.org
https://theappeal.org/colorado-supreme-court-fails-to-protect-state-residents-as-coronavirus-grows-exponentially-in-jail/

The Gazette
https://gazette.com/opinion/guest-column-how-covid-19-underscores-the-consequences-of-mass-incarceration/article_d5f389ce-80c1-11ea-a978-9f1fe73dc0a2.html.

The Daily Tribune
https://www.dailytribune.com/news/coronavirus/federal-judge-to-consider-dismissing-lawsuit-more-changes-at-oakland-county-jail-due-to-covid/article_34314ff1-9620-5a90-a546-f2f4c0f92a4f.html

COVID-19 parole informational guide for sponsors
https://pennstatelaw.psu.edu/sites/default/files/IJP_SIFI%20COVID-19%20Pro%20Se%20Parole%20Request%20Information%20Packet%20ENG%20MAR%202020-final%20web.pdf

Letter New Jersey Senator Melendez to Department of Homeland Security
https://www.menendez.senate.gov/download/letter-dhs-ice-release-vulnerable-detainees-covid19

The Washington Post
https://www.washingtonpost.com/local/public-safety/federal-judge-orders-inspection-of-pr-georges-jail-after-inmates-worried-about-coronavirus-sue/2020/05/01/349436fe-8bc1-11ea-9dfd-990f9dcc71fc_story.html

MichiganRadio NPR
https://www.michiganradio.org/post/i-fear-i-may-die-here-inmates-oakland-county-jail-plead-help-lawsuit

The Crime Report
https://thecrimereport.org/2020/04/23/is-dysfunctional-migrant-health-care-fueling-infections/

Witness L.A.
https://witnessla.com/searing-new-law-suit-describes-la-county-jail-conditions-that-are-an-incubator-for-death/

Detroit Free Press
https://www.freep.com/story/news/local/michigan/2020/05/05/wayne-county-jail-coronavirus-lawsuit-medically-vulnerable-inmates/3076656001/

The Washington Post
https://www.washingtonpost.com/local/public-safety/prince-georges-jail-must-plan-to-test-more-inmates-for-covid-19-federal-judge-orders/2020/05/11/b989a420-93b4-11ea-9f5e-

Carlos Franco-Paredes, MD, MPH

56d8239bf9ad_story.html

Denver Post
https://www.denverpost.com/2020/05/15/coronavirus-covid-testing-colorado-jails/

**Accounts and Legal Proceedings of individuals Released from Jails, Prisons, and Immigration Detention Centers (Releases, Temporary Restriction Orders, and Preliminary Injunctions**

1. Faour Abdallah Fraihat, et al. V. U.S. Immigration and Customs Enforcement grant Motion for preliminary injunction and class certification by the United States District Court of California
2. El Paso, Texas. Immigration Detention Center
3. Thomas O'Meara – Release of 4 Detainees from Taylor, Texas Detention Center
4. New York, Basanak vs. Thomas Decker. Temporary Restriction Order/Preliminary Injunction.
5. Daniel Williams, ACLU, Colorado.  Thomas Carranza et al vs. Steven Reams. Temporary Restriction Order by Judge Phillip J. Brimmer, United States District of Colorado