UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| J.H., by and through his mother and next friend, N.H.; I.B., by and through his parents and next friends, A.B. and I.B., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs-Petitioners,<br><br>   -against-<br><br>JOHN BEL EDWARDS, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF LOUISIANA; THE LOUISIANA OFFICE OF JUVENILE JUSTICE; EDWARD DUSTIN BICKHAM, IN HIS OFFICIAL CAPACITY AS INTERIM DEPUTY SECRETARY OF THE LOUISIANA OFFICE OF JUVENILE JUSTICE; JAMES WOODS, IN HIS OFFICIAL CAPACITY AS THE DIRECTOR OF THE ACADIANA CENTER FOR YOUTH; SHANNON MATTHEWS, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF THE BRIDGE CITY CENTER FOR YOUTH; SHAWN HERBERT, IN HER OFFICIAL CAPACITY AS THE DIRECTOR OF THE SWANSON CENTER FOR YOUTH AT MONROE; and RODNEY WARD, IN HIS OFFICIAL CAPACITY AS THE DEPUTY DIRECTOR OF THE SWANSON CENTER FOR YOUTH AT COLUMBIA,<br><br>                Defendants-Respondents. | CIVIL ACTION NO. 3:20-cv-00293-JWD-EWD<br><br>CLASS ACTION |

**ORDER**

Considering the foregoing *Unopposed Motion to Exceed the Page Limit*,

**IT IS HEREBY ORDERED**, that Defendants motion is **GRANTED** and the

1

Memorandum in Response to Plaintiffs' Motion for Temporary Restraining Order may exceed the 10-page limit.

_____ this _____ day of _____ 2020

Baton Rouge, Louisiana
Judge John W. DeGravelles

## CERTIFICATE OF SERVICE

I, Nishi Kumar, an attorney, hereby certify that on May 27, 2020, I caused a copy of the foregoing to be filed using the Court's CM/ECF system.

I further certify that I, or another one of Plaintiffs' attorneys, will promptly electronically serve a copy of the same, along with all other pleadings and papers filed in the action to date to the General Counsel for the Louisiana Office of Juvenile Justice, the General Counsel for the Louisiana Governor, and the Louisiana Department of Justice Director of Litigation via email.

/s/ *Nishi Kumar*

Nishi Kumar, La. Bar No. 37415