**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| J.H., by and through his mother and next friend, N.H.; I.B., by and through his parents and next friends, A.B. and I.B., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs-Petitioners,<br><br> -against-<br><br>JOHN BEL EDWARDS, et al.,<br><br>    Defendants-Respondents. | CIVIL ACTION NO. 3:20-cv-00293-JWD-EWD<br><br>CLASS ACTION |

## PLAINTIFFS' MEMORANDUM IN SUPPORT OF
## MOTION FOR EXPEDITED CONSIDERATION

NOW INTO COURT COME Plaintiffs-Petitioners in the above-captioned matter, through

undersigned counsel, and file this memorandum in support of their request for expedited

consideration of their Motion Pursuant to Federal Rule of Civil Procedure 23(d) ("Plaintiffs' 23(d)

Motion," Dkt. 85).

Plaintiffs' 23(d) Motion is brought pursuant to Fed. R. Civ. P. 23(d) and requests that this

Court order Defendants to provide all putative class members with immediate and ongoing access

to communicate confidentially with Plaintiffs' counsel by video or telephone. Specifically,

Plaintiffs request that this Court order Defendants to 1) provide Plaintiffs' counsel with a process

by which counsel can reliably schedule phone calls with specific clients or class members, and 2)

allow all putative class members the ability to affirmatively access Plaintiffs' counsel through the

secure phone line that has already been set up and funded through the Securus Technologies

system. Because Plaintiffs' counsel currently are unable to access their clients or putative class

members reliably despite multiple efforts to coordinate with Defendants' counsel, this Court's

expedited ruling on Plaintiffs' motion is warranted.

For these reasons and any others apparent to this Court, Plaintiffs request that their 23(d)

Motion be heard on an expedited basis.

Respectfully submitted this 22nd day of June, 2020.

/s/ Mercedes Montagnes
Mercedes Montagnes, La. Bar No. 33287
Nishi Kumar, La. Bar No. 37415
Rebecca Ramaswamy, *pro hac vice*
The Promise of Justice Initiative
1024 Elysian Fields Avenue
New Orleans, LA 70117
Telephone: (504) 529-5955
Facsimile: (504) 595-8006
Email: mmontagnes@defendla.org

Stuart Sarnoff, *pro hac vice*
Lisa Pensabene, *pro hac vice*
Laura Aronsson, *pro hac vice*
Mariam Kamran, *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, NY 10036
Telephone: (212) 326-2000
Email: ssarnoff@omm.com

John Adcock
La. Bar No. 30372
Adcock Law LLC
3110 Canal Street
New Orleans, LA 70119
Telephone: (504) 233-3125
Email: jnadcock@gmail.com

David Lash, *pro hac vice*
O'MELVENY & MYERS LLP
400 South Hope Street

Marsha Levick, *pro hac vice*
Jessica Feierman, *pro hac vice*
Karen U. Lindell, *pro hac vice*
JUVENILE LAW CENTER
1800 JFK Boulevard, Suite 1900A
Philadelphia, PA 19103
Telephone: (215) 625-0551
Email: mlevick@jlc.com

Brandon Amash, *pro hac vice*
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, CA 92660
Telephone: (949) 823-6900
Email: bamash@omm.com

Benjamin Singer, *pro hac vice*
Jason Yan, *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Email: bsinger@omm.com

2

18th Floor
Los Angeles, CA 90071
Telephone: 213-430-6000
Email: dlash@omm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2020, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

<u>/s/ *Nishi Kumar*</u>
Nishi Kumar, La. Bar No. 37415