# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **J.H., ET AL.** | **CIVIL ACTION NO.** |
| **VERSUS** | **20-293-JWD-EWD** |
| **JOHN BEL EDWARDS, ET AL.** | |

## TELEPHONE SCHEDULING CONFERENCE REPORT AND ORDER

A telephone conference was held on November 9, 2020, before Magistrate Judge Erin Wilder-Doomes regarding correspondence sent to the court from Plaintiff I.B.[1] with the following participants:

| | | |
|---|---|---|
| **PARTICIPANTS**: | **Rebecca Ramaswamy**<br>**Jason Yan**<br>**Nishi Lal Kumar**<br>**Eddie Keith**<br>Counsel for Plaintiffs,<br>J.H., *et al*. | **John C. Walsh**<br>Counsel for Defendant,<br>John Bel Edwards<br><br>**Kyle V. Miller**<br>**Lemuel E. Montgomery, II**<br>Counsel for Defendants,<br>Edward Dustin Bickham, *et al*. |
| | **Andrew Blanchfield**<br>Counsel for Louisiana Office<br>of Risk Management | |

The parties discussed the Plaintiff's request to excuse minor I.B. from participation in the settlement conference scheduled for November 10, 2020. Counsel for defendants, Edward Dustin Bickham, *et al*., confirmed no objection to excusing I.B. from participation, but disagrees that I.B. has any viable claims remaining since all parties agree I.B. has been released from custody so that any claim for injunctive relief is moot.

**IT IS ORDERED** that I.B. is excused from personal participation at the November 10, 2020 settlement conference for good cause.

**IT IS FURTHER ORDERED** that the parties shall confer prior to the November 10, 2020

---

[1] R. Doc. 144.

cv38aT0:10

settlement conference to discuss the parameters of the claims to be addressed in the conference and be prepared to report on this discussion at the outset of the settlement conference.

Signed in Baton Rouge, Louisiana, on November 10, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

2