# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**J.H., ET AL.**  CIVIL ACTION NO.

**VERSUS**  20-293-JWD-EWD

**JOHN BEL EDWARDS, ET AL.**

## VIDEO SETTLEMENT CONFERENCE REPORT AND RECOMMENDATION

A settlement conference was held on November 10, 2020, before Magistrate Judge Erin Wilder-Doomes with the following participants:

**PARTICIPANTS**:

**Rebecca Ramaswamy**
**Laura Aronnson**
**Nishi L. Kumar**
**Eddie Keith**
**Marsha Levick**
**David Lash**
**John N. Adcock**
Counsel for Plaintiffs,
J.H., *et al*.

**Andrew Blanchfield**
Counsel for Louisiana Office of Risk Management

**N.H.**
Mother and Next Friend of Plaintiff J.H.

**John C. Walsh**
Counsel for Defendant,
John Bel Edwards

**Kyle V. Miller**
**Lemuel E. Montgomery, III**
Counsel for Defendants,
Edward Dustin Bickham, *et al*.

**Reveatta Woods**
Representative of Office of Juvenile Justice

The parties reached amicable resolution of all claims in this matter subject to the terms and conditions identified on the record.

## RECOMMENDATION

**IT IS RECOMMENDED** that a 60-day conditional order of dismissal issue.

Signed in Baton Rouge, Louisiana, on November 10, 2020.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**

cv33aT2:45